The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Petitioner,<br>   v.<br>MICROSOFT CORPORATION, et al.,<br><br>                             Respondents. | No. 2:15-cv-00102-RSM<br><br>STIPULATED MOTION TO MODIFY ORDER TO SHOW CAUSE<br><br>NOTE ON MOTION CALENDAR: February 18, 2015 |

Petitioner and Respondents, through their undersigned counsel of record, stipulate as follows:

1. On February 13, 2015, the Court entered an Order to Show Cause and to Set Briefing Schedule (the "Order").

2. Paragraph (4) of the Order requires service of a copy of the Order and other specified papers upon Respondents' counsel James M. O'Brien. Mr. O'Brien has received all of these papers, obviating personal service as well as the proof of service that is required by paragraph (5) of the Order.

3. Paragraph (6) of the Order should be revised to read in its entirety as follows: "At the show cause hearing, the Court will consider all issues raised by the Respondents that are supported by affidavit or declaration."

STIPULATED MOTION TO MODIFY
ORDER TO SHOW CAUSE – 1
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Respectfully submitted this 18th day of February, 2015.

| | |
|---|---|
| CAROLINE D. CIRAOLO<br>Principal Deputy Assistant Attorney General<br><br>By /s/ Noreene Stehlik<br>By /s/ Jeremy Hendon<br>By /s/ Amy Matchison<br>NOREENE STEHLIK<br>Senior Litigation Counsel, Tax Division<br>JEREMY HENDON<br>AMY MATCHISON<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O Box 683, Ben Franklin Station<br>Washington, DC 20044-0683<br>Email: Noreene.C.Stehlik@usdoj.gov<br>         Jeremy.Hendon@usdoj.gov<br>         Amy.T.Matchison@usdoj.gov<br>         Western.TaxCivil@usdoj.gov<br>Telephone: (202) 514-6489<br>              (202) 353-2466<br>              (202) 307-6422<br><br><br>ANNETTE L. HAYES<br>Acting United States Attorney<br>Western District of Washington<br><br>*Attorneys for the United States of America* | K&L GATES LLP<br><br>By /s/ Robert B. Mitchell<br>   Robert B. Mitchell, WSBA #10874<br>   Hugh F. Bangasser, WSBA #3055<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580<br>(206) 623-7022 (Fax)<br>rob.mitchell@klgates.com<br>hugh.bangasser@klgates.com<br><br>*Attorneys for Microsoft Corporation*<br><br><br>BAKER & McKENZIE LLP<br><br>By /s/ Daniel Rosen<br>   Daniel Rosen, NYBA #2790442<br>452 Fifth Avenue<br>New York NY  10018<br>(212) 626-4272<br>(212) 310-1672 (Fax)<br>daniel.rosen@bakermckenzie.com<br><br>*Attorneys for Microsoft Corporation*<br><br><br>BAKER & McKENZIE LLP<br><br>By /s/ James M. O'Brien<br>   James M. O'Brien, ILBA #6180576<br>300 East Randolph Street, Suite 5000<br>Chicago IL 60601<br>(312) 861-8602<br>(312) 698-2323 (Fax)<br>james.m.o'brien@bakermckenzie.com<br><br>*Attorneys for Microsoft Corporation* |

STIPULATED MOTION TO MODIFY
ORDER TO SHOW CAUSE – 2

Case No. 2:15-cv-00102-RSM

|   |   |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 |   |
| 3 | By /s/George E. Greer |
|   | George E. Greer, WSBA # 11050 |
| 4 | Charles J. Ha, WSBA # 34430 |
|   | 701 Fifth Avenue, Suite 5600 |
| 5 | Seattle, WA 98104-7097 |
|   | (206) 839-4300 |
| 6 | (206) 839-4301(Fax) |
|   | ggreer@orrick.com |
| 7 | charlesha@orrick.com |
| 8 |   |
|   | *Attorneys for KPMG LLP* |
| 9 |   |
| 10 | DAVIS WRIGHT TREMAINE LLP |
| 11 |   |
|   | By /s/ Stephen M. Rummage |
| 12 | Stephen M. Rummage, WSBA #11168 |
|   | Zana Bugaighis, WSBA #43614 |
| 13 | 1201 Third Avenue, Suite 2200 |
|   | Seattle, WA 98101-3045 |
| 14 | (206) 622-3150 |
|   | (206) 757-7700 |
| 15 | steverummage@dwt.com |
|   | zanabugaighis@dwt.com |
| 16 |   |
| 17 | *Attorneys for Ernst & Young LLP* |

STIPULATED MOTION TO MODIFY
ORDER TO SHOW CAUSE – 3
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                        /s/ Robert B. Mitchell
                                        Robert B. Mitchell
                                        K&L GATES LLP

STIPULATED MOTION TO MODIFY
ORDER TO SHOW CAUSE – 4

Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022