The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                     Petitioner,

v.

MICROSOFT CORPORATION, et al.,

                     Respondents.

No. 2:15-cv-00102-RSM

STIPULATED BRIEFING AND HEARING SCHEDULE

In its Order dated February 13, 2015, the Court directed the parties to confer regarding a briefing and hearing schedule and to submit to the Court their proposed deadlines within five (5) days.

The parties have reached an agreement on a proposed briefing and hearing schedule. This proposed schedule is as follows:

| Event | Date |
|---|---|
| Microsoft's Motion for Evidentiary Hearing | March 17, 2015 |
| United States' Response to Motion for Evidentiary Hearing | April 13, 2015 |
| Microsoft's Reply in Support of Motion for Evidentiary Hearing | April 22, 2015 |

STIPULATED BRIEFING AND
HEARING SCHEDULE – 1
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| Event | Date |
|---|---|
| Date for Noting Motion for Evidentiary Hearing | April 24, 2015 |
| Hearing on Motion for Evidentiary Hearing | Court's Discretion |
| Order Regarding Motion for Evidentiary Hearing. If Motion Granted, Conduct Evidentiary Hearing | Court's Discretion |
| **Event** | **Days Following Prior Event** |
| Brief Regarding Common Defenses to Enforcement of Summonses | -20- |
| United States' Answering Brief Regarding Common Defenses to Enforcement of Summonses | -25- |
| Reply Brief Regarding Common Defenses to Enforcement of Summonses | -5- |
| Date for Noting Consideration of Common Defenses | The Following Friday |
| Hearing on Common Defenses to Enforcement of Summonses | Court's Discretion |
| Order Regarding Common Defenses to Enforcement of Summonses | Court's Discretion |
| Brief(s) Regarding Specific Production Requests Still in Dispute | -20- |
| United States' Answering Brief(s) Regarding Specific Production Requests Still in Dispute | -25- |
| Reply Brief(s) Regarding Specific Production Requests Still in Dispute | -5- |
| Date for Noting Consideration of Specific Production Requests Still in Dispute | The Following Friday |
| Hearing on Document Production Disputes | Court's Discretion |
| Order Regarding Document Production Disputes | Court's Discretion |

STIPULATED BRIEFING AND
HEARING SCHEDULE – 2
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Given the nature of the issues to be addressed, the parties respectfully request the following page limits:

| Filings | Page Limits |
| --- | --- |
| Motion for Evidentiary Hearing, United States' Response to Motion for Evidentiary Hearing, Brief Regarding Common Defenses to Enforcement of Summonses, United States' Answering Brief Regarding Common Defenses to Enforcement of Summonses, Brief(s) Regarding Specific Production Requests Still in Dispute, and United States' Answering Brief(s) Regarding Specific Production Requests Still in Dispute | Not to Exceed Twenty-Four (24) Pages |
| Reply in Support of Motion for Evidentiary Hearing, Reply Brief Regarding Common Defenses to Enforcement of Summonses, and Reply Brief(s) Regarding Specific Production Requests Still in Dispute | Not to Exceed Twelve (12) Pages |

A stipulated briefing and hearing schedule has been concurrently filed in *United States v. Mundie*, No. 2:15-cv-103-RSM. The briefs to be filed in the instant case and in *Mundie* will, the parties expect, address separate defenses to the show cause order. Even though the defenses asserted in each case may differ, the parties respectfully request that the Court set equivalent dates for common events.

*//*

*//*

*//*

*//*

*//*

*//*

STIPULATED BRIEFING AND HEARING SCHEDULE – 3
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Respectfully submitted this 18th day of February, 2015.

| | |
|---|---|
| CAROLINE D. CIRAOLO<br>Principal Deputy Assistant Attorney General<br><br>By /s/ Noreene Stehlik<br>By /s/ Jeremy Hendon<br>By /s/ Amy Matchison<br>NOREENE STEHLIK<br>Senior Litigation Counsel, Tax Division<br>JEREMY HENDON<br>AMY MATCHISON<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O Box 683, Ben Franklin Station<br>Washington, DC 20044-0683<br>Email: Noreene.C.Stehlik@usdoj.gov<br>        Jeremy.Hendon@usdoj.gov<br>        Amy.T.Matchison@usdoj.gov<br>        Western.TaxCivil@usdoj.gov<br>Telephone: (202) 514-6489<br>          (202) 353-2466<br>          (202) 307-6422<br><br><br>ANNETTE L. HAYES<br>Acting United States Attorney<br>Western District of Washington<br><br>*Attorneys for the United States of America* | K&L GATES LLP<br><br>By /s/ Robert B. Mitchell<br>    Robert B. Mitchell, WSBA #10874<br>    Hugh F. Bangasser, WSBA #3055<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580<br>(206) 623-7022 (Fax)<br>rob.mitchell@klgates.com<br>hugh.bangasser@klgates.com<br><br>*Attorneys for Microsoft Corporation*<br><br><br>BAKER & McKENZIE LLP<br><br>By /s/ Daniel Rosen<br>    Daniel Rosen, NYBA #2790442<br>452 Fifth Avenue<br>New York NY 10018<br>(212) 626-4272<br>(212) 310-1672 (Fax)<br>daniel.rosen@bakermckenzie.com<br><br>*Attorneys for Microsoft Corporation*<br><br><br>BAKER & McKENZIE LLP<br><br>By /s/ James M. O'Brien<br>    James M. O'Brien, ILBA #6180576<br>300 East Randolph Street, Suite 5000<br>Chicago IL 60601<br>(312) 861-8602<br>(312) 698-2323 (Fax)<br>james.m.o'brien@bakermckenzie.com<br><br>*Attorneys for Microsoft Corporation* |

STIPULATED BRIEFING AND
HEARING SCHEDULE – 4
Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | |
| 5 | By /s/George E. Greer<br>George E. Greer, WSBA # 11050 |
| 6 | Charles J. Ha, WSBA # 34430<br>701 Fifth Avenue, Suite 5600 |
| 7 | Seattle, WA 98104-7097<br>(206) 839-4300 |
| 8 | (206) 839-4301(Fax)<br>ggreer@orrick.com |
| 9 | charlesha@orrick.com |
| 10 | *Attorneys for KPMG LLP* |
| 11 | |
| 12 | DAVIS WRIGHT TREMAINE LLP |
| 13 | By /s/ Stephen M. Rummage |
| 14 | Stephen M. Rummage, WSBA #11168<br>Zana Bugaighis, WSBA #43614 |
| 15 | 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 |
| 16 | (206) 622-3150<br>(206) 757-7700 |
| 17 | steverummage@dwt.com<br>zanabugaighis@dwt.com |
| 18 | |
| 19 | *Attorneys for Ernst & Young LLP* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED BRIEFING AND
HEARING SCHEDULE – 5

Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Robert B. Mitchell
Robert B. Mitchell
K&L GATES LLP

STIPULATED BRIEFING AND
HEARING SCHEDULE – 6

Case No. 2:15-cv-00102-RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022