The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, *et al.* )<br>)<br>Respondents. )<br>_____ ) | Case No. 2:15-cv-00102 RSM<br><br>**UNITED STATES' RESPONSE TO NOTICE OF RELATED CASES** |

The United States, through undersigned counsel, hereby responds to Microsoft's notice of related cases (Dkt #28), pertaining to:

The notice Microsoft filed simply recites that the newly filed *Microsoft Corporation v. Internal Revenue Service*, 2:15-cv-00369 (W.D. Wash.) – which Microsoft acknowledges is a FOIA case – relates to this case because both cases allegedly "concern the IRS's examination of Microsoft's 2004 through 2006 taxable years," and "an unduly burdensome duplication of labor and expenses appears likely if these cases are conducted before different judges."

| | |
|---|---|
| United States' Response to<br>Notice of Related Cases | **U.S. Department of Justice**<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, D.C. 20044-0683 |

1     Contrary to Microsoft's assertion, however, the cases are not "related" either legally or factually within the meaning of LR 3(f), and there is thus no need for the new FOIA case to be assigned to the same judge as the two pending summons enforcement cases.

    The two summons actions pending before this Court arise out of the IRS's efforts to obtain summoned information – documents and testimony, from Microsoft and from third parties – in order to complete its examination of Microsoft's 2004 through 2006 taxable years. Summons actions, as the Court is well aware, are governed by the Internal Revenue Code (title 26), and more specifically by §§ 7602 *et seq.*, which specifically address the IRS's summons power.

    By contrast, a FOIA case is governed by the Freedom of Information Act, 5 U.S.C. § 552, and deals with a person's request to obtain information from a government agency. Microsoft is attempting to obtain documents from the IRS. But the documents it is seeking are – from the face of its pleadings – documents generated or maintained by the IRS, not documents pertaining to Microsoft's tax liability.

United States' Response to
Notice of Related Cases

**U.S. Department of Justice**
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683

Dated this 12th day of March, 2015.

    CAROLINE D. CIRAOLO
    Acting Assistant Attorney General

    */s Noreene Stehlik*
    */s Jeremy Hendon*
    */s Amy Matchison*
    NOREENE STEHLIK
    Senior Litigation Counsel, Tax Division
    JEREMY HENDON
    AMY MATCHISON
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, DC 20044-0683
    Email:  Noreene.C.Stehlik@usdoj.gov
            Jeremy.Hendon@usdoj.gov
            Amy.T.Matchison@usdoj.gov
            Western.TaxCivil@usdoj.gov
    Telephone:     (202) 514-6489
                   (202) 353-2466
                   (202) 307-6422

    ANNETTE L. HAYES
    Acting United States Attorney
    Western District of Washington

    *Attorneys for the United States of America*

United States' Response to            **U.S. Department of Justice**
Notice of Related Cases             Ben Franklin Station
                                               P.O. Box 683
                                               Washington, D.C. 20044-0683

3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 12th day of March, 2015, via the Court's ECF system to all parties and electronically to the following:

JAMES M. O'BRIEN
james.m.o'brien@bakermckenzie.com

ROBERT B. MITCHELL
robert.mitchell@klgates.com
dawnelle.patterson@klgates.com

DANIEL A. ROSEN
daniel.rosen@bakermckenzie.com

                                                  */s/ Amy Matchison*
                                                  AMY MATCHISON
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice

United States' Response to                             **U.S. Department of Justice**
Notice of Related Cases                                 Ben Franklin Station
                                                                               P.O. Box 683
                                                                                Washington, D.C. 20044-0683

4