THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Respondents. | NO. 2:15-cv-00102 RSM<br><br>DECLARATION OF JAMES M. O'BRIEN |

I, James M. O'Brien, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of Baker & McKenzie LLP and have practiced with the Firm in the areas of tax controversy, transfer pricing and international tax since 1981. I have represented Microsoft Corporation ("Microsoft") in U.S. income tax audits and controversies since 1994. I hold a Bachelor of Arts degree in Government from the University of Notre Dame and a Juris Doctor degree from the Harvard Law School.

2. I have represented Microsoft in the Internal Revenue Service ("IRS") audits of Microsoft's 1990-1991, 1992-1994, 1995-1996, 1997-1999, 2000-2003 and 2004-2006 tax years.

DECLARATION OF JAMES M. O'BRIEN - 1

Case No.: 2:15-cv-00102 RSM

3.      The summonses at issue in this case relate to the 2004-2006 audit cycle, which commenced in January, 2007.  The principal issues in dispute between Microsoft and the IRS are the determination of arm's length buy-ins under 26 U.S.C. § 482 and 26 C.F.R. § 1.482A-7(a) transfer prices under 26 U.S.C. § 482 with respect to software products purchased by Microsoft from one of the cost sharing participants.

4.      On May 19, 2014, the IRS engaged the civil litigation law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") to provide services in connection with this audit (the "IRS-Quinn Emanuel Contract").

5.      I first learned of the IRS-Quinn Emanuel Contract in late August, 2014.

6.      To the best of my knowledge and belief, the IRS-Quinn Emanuel Contract represents the first time that the IRS has retained private civil litigators in a U.S. income tax audit.

7.      Approximately one month after engaging Quinn Emanuel, the Treasury Department amended, without prior notice and comment, 26 C.F.R. § 301.7602-1(b) by adding a new third subparagraph as a temporary and proposed regulation, 26 C.F.R. § 301.7602-IT(b)(3), on June 17, 2014.  The new subparagraph would allow third-party contractors engaged by the IRS to "participate fully in the interview of the witness summoned by the IRS to provide testimony under oath" on or after June 18, 2014, which the temporary regulation describes as including the contractor's interrogating the witness "in the presence and under the guidance of" an IRS officer or employee.

8.      Attached and marked as Exhibit A is a true and complete copy of a comment letter to John Koskinen, the Commissioner of the IRS, by Andrius R. Kontrimas, Chair, Tax Section of the State of Texas, dated September 16, 2014.  Upon information and belief, this was the only comment letter submitted to the IRS on the June 19, 2014 temporary and proposed regulations under 7602.

DECLARATION OF JAMES M. O'BRIEN - 2

Case No.: 2:15-cv-00102 RSM

9.      On September 22, 2014, Microsoft filed a Freedom of Information Act ("FOIA") request for the IRS-Quinn Emanuel Contract, Contract No. TIRNE-14-C-00013, and related documents. Attached and marked as Exhibit B is a true and correct copy of Microsoft's September 22, 2014 FOIA request.

10.     The IRS did not produce any documents in response to Microsoft's September 22, 2014 FOIA request.

11.     On November 26, 2014, I received a letter from Eli Hoory, Special Projects Deputy, IRS Transfer Pricing Operations, indicating that the IRS intended to allow its contractors, including Quinn Emanuel, to "participate fully" in the taking of testimony pursuant to the eight testimonial summonses at issue before the Court in *United States v. Mundie,* No. 2:14-cv-00102-RSM. Attached and marked as Exhibit C is a true and correct copy of Mr. Hoory's November 26, 2014 letter.

12.     In connection with a FOIA lawsuit filed on November 24, 2014, *Microsoft Corporation v. Internal Revenue Service,* No. 1:14-cv-01982 (D.D.C.), the Department of Justice produced a complete copy of the IRS-Quinn Emanuel Contract on January 14, 2015. Attached and marked as Exhibit D is a true and correct copy of the IRS-Quinn Emanuel Contract.

    (a)     The IRS-Quinn Emanuel Contract identifies the "Key Personnel" providing services under the contract, their expected billable hours and billing rates:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DECLARATION OF JAMES M. O'BRIEN - 3

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | Key Personnel | Estimated Hours | Billing Rate |
|---|---|---|---|
| Partner (Key Expert/Contractor 1) | John Quinn | 200 | $1,120 |
| Partner (Key Expert/Contractor 2) | John Gordon | 300 | $1,075 |
| Partner | Jeremy Andersen | 400 | $ 840 |
| Associates | Noah Helpern | 700 | $ 670 |
| | Ryan Keech | 800 | $ 555 |
| Paralegal | Carol O'Connor | 400 | $ 300 |

Exhibit D at Microsoft-FOIA-00171, Microsoft-FOIA-00195.

(b) The IRS-Quinn Emanuel Contract describes the Key Personnel as "highly skilled commercial litigation attorneys with extensive complex litigation experience evaluating, preparing and presenting cases dealing with multifaceted facts, complex economics and multiple legal issues." Exhibit D at Microsoft-FOIA-00174. The IRS-Quinn Emanuel Contract also purports to address ethical conflict issues arising from Quinn Emanuel's representation of the IRS and other clients. Ex. D at Microsoft-FOIA-00210-00212.

(c) During the audit, the IRS-Quinn Emanuel Contract envisions Quinn Emanuel providing two types of services: "Evaluation Services" and "Case Support Services." The Evaluation Services are described as the "Key Personnel's findings, assessment, and recommendations with respect to the factual and legal state of the case, identifying strengths, weakness, and areas for further development." Exhibit D at Microsoft-FOIA-00176. The Case Support Services are described as the Contractor supporting "continued development, analysis, evaluation, and preparation of the issues under examination." Such services include "preparing, organizing and presenting the factual record and legal analysis of the case," "identifying and preparing new document requests, preparing for or participating in interviews[.]" Exhibit D at Microsoft-FOIA-00177.

DECLARATION OF JAMES M. O'BRIEN - 4

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

(d) The IRS-Quinn Emanuel Contract describes the "Period of Performance" as follows:

> The period of performance of this Contract begins on the execution date of this Contract and expires in accordance with this Contract based on the date of settlement and/or final disposition of the taxpayer case Period of Performance **Date of Award** through **12/31/16**. Although all four phases are non-severable, it is the unilateral right of the government to exercise option phases in accordance with contract terms. The period of performance is dependent on the litigation schedule of the government, the Court's scheduling order, Settlement and/or final disposition of the Taxpayer case, not to exceed five years, whichever is later.

Exhibit D at Microsoft-FOIA-00191 (emphasis in original). The penultimate sentence of this contractual provision references "four phases" to Quinn Emanuel's services. The last sentence of this contractual provision envisions Quinn Emanuel providing "expert witness" services up to, if not into, litigation. In connection with the litigation, the contract envisions one or more of the Key Personnel becoming "special government employees," presumably at governmental salaries rather than their normal billing rates. Exhibit D at Microsoft-FOIA-00212.

13. On the same day that the Department of Justice produced the IRS-Quinn Emanuel Contract, it also produced a modification to the IRS-Quinn Emanuel Contract, dated October 28, 2014 (the "IRS-Quinn Emanuel Contract Modification"). Attached and marked as Exhibit E is a true and correct copy of the IRS-Quinn Emanuel Contract Modification.

14. Under the IRS-Quinn Emanuel Contract Modification, John Gordon, John Quinn, Jeremy Anderson, Noah Helpern, Jack Baumann, and Carol O'Connor, all of Quinn Emanuel, were provided with "[s]ix (6) Government owned laptops with USB Air Cards, at no cost to the vendor . . . for the duration of the contract." Exhibit E at 002.

15. Following the IRS's service of the "designated" and "related" summonses, Microsoft filed several additional FOIA requests. Exhibit F is a true and correct copy of a

DECLARATION OF JAMES M. O'BRIEN - 5

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1  FOIA request dated December 12, 2014, seeking documents regarding 26 C.F.R. § 301-7602-1T(b)(3).  Exhibit G is a true and correct copy of Microsoft's FOIA request, also dated December 12, 2014 seeking documents in specific IRS employees and specific third-party contractors' files relating to 26 C.F.R. § 301.7601-1T(b)(3).  The IRS has produced no documents responsive to these FOIA requests.

16. On March 11, 2015, Microsoft filed a second FOIA lawsuit, in this Court, seeking documents that are the subject of the FOIA requests described above in paragraph 11. *Microsoft Corp. v. IRS*, No. 2:15-cv-00369-RSM.

17. On March 12, 2015, Microsoft filed an additional FOIA request.  Attached and marked as Exhibit H is a true and correct copy of a FOIA request dated March 12, 2015, seeking, *inter alia*, written communications and documents exchanged between the IRS and Quinn Emanuel, and associated documents created under the IRS's contract with Quinn Emanuel.  The IRS has produced no documents responsive to this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of March, 2015.

JAMES M. O'BRIEN
By /s/ James M. O'Brien

Baker & McKenzie LLP

DECLARATION OF JAMES M. O'BRIEN - 6

Case No.: 2:15-cv-00102 RSM

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Amy Matchison, Jeremy N. Henson, Noreene C. Stehlik and the U.S. Department of Justice; Daniel A. Rosen, James M. O'Brien and Baker & McKenzie LLP; Robert B. Mitchell, Hugh Frederick Bangasser and K&L Gates LLP; George E. Greer and Orrick Herrington & Sutcliffe; Stephen M. Rummage and Davis Wright Tremaine</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>N/A</u>.

                                        *s/ D. Yvette Chambers*
                                        D. Yvette Chambers

DECLARATION OF JAMES M. O'BRIEN - 7

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717