# EXHIBIT G

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe
Advogados

December 12, 2014

IRS FOIA Request
HQ FOIA
Stop 211
2385 Chamblee Tucker Road
Chamblee, GA 30341

IRS FOIA Request
Disclosure Scanning Operations- Stop 93A
PO Box 621506
Atlanta, GA 30362-3006

Re:    **Microsoft Corporation and Subsidiaries**
       **E.I.N. 91-1144442**
       **Freedom of Information Act Request**

Dear Sir or Madam:

In accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, I, on behalf of Microsoft Corporation and Subsidiaries ("Microsoft"), request access to, and copies of, certain documents maintained by the Internal Revenue Service and the Internal Revenue Service Office of Chief Counsel (collectively for all purposes of this request, the "IRS").  Specifically, I request copies of the following:

1. All documents exchanged between or among the IRS and one or more of the following individuals or entities, relating to, referencing, or addressing the issues covered by Prop. Treas. Reg. § 301.7602-1, REG-121542-14, published in the Federal Register at 79 Fed. Reg. 34668 (Jun. 18, 2014), or Temp. Treas. Reg. § 301-7602-1T, RIN 1545-BM25, contained in Treasury Decision 9669, published in the Federal Register at 79 Fed. Reg. 34625 (Jun. 18, 2014):

    a.   Aaron Goldberg, Content 4IT

    b.   Boies Schiller & Flexner LLP

    c.   Chris Kemerer

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & MCKENZIE**

    d. Content 4IT

    e. Dan Kusnetzky

    f. Daniel J. Frisch

    g. David Boies, Boies Schiller & Flexner LLP

    h. Elysium Digital, LLC

    i. Horst Frisch, Inc.

    j. Jack Baumann, Quinn Emanuel Urquhart & Sullivan, LLP

    k. Jeremy Anderson, Quinn Emanuel Urquhart & Sullivan, LLP

    l. John Gordon, Quinn Emanuel Urquhart & Sullivan, LLP

    m. John Quinn, Quinn Emanuel Urquhart & Sullivan, LLP

    n. Kusnetzky Group

    o. Noah Helpern, Quinn Emanuel Urquhart & Sullivan, LLP

    p. Ove Haxhausen

    q. Quinn Emanuel Urquhart & Sullivan, LLP

    r. Westside Group

2. All documents sent to or sent by the following current and former IRS personnel, relating to, referencing, or addressing the issues covered by Prop. Treas. Reg. § 301.7602-1, REG-121542-14, published in the Federal Register at 79 Fed. Reg. 34668 (Jun. 18, 2014), or Temp. Treas. Reg. § 301-7602-1T, RIN 1545-BM25, contained in Treasury Decision 9669, published in the Federal Register at 79 Fed. Reg. 34625 (Jun. 18, 2014):

    a. A. M. Gulas, Senior Counsel, Office of Chief Counsel, Procedure & Administration

    b. Charles Christopher, Branch Chief, Office of Chief Counsel, Procedure & Administration

    c. Cheryl Claybough, Industry Director, Large Business & International, Communications, Technology & Media

    d. Christopher Sterner, Deputy Chief Counsel (Operations), Office of Chief Counsel

    e. Drita Tonuzi, Associate Chief Counsel, Office of Chief Counsel, Procedure & Administration

**BAKER & McKENZIE**

    f.  Eli Hoory, Senior International Advisor, Large Business & International, Transfer Pricing Operations

    g.  Ewan Purkiss, Area Counsel (Communications, Technology & Media), Office of Chief Counsel, Large Business & International

    h.  Heather Maloy, Commissioner, Large Business & International

    i.  Kenneth Wood, Acting Director of Transfer Pricing Operations, Large Business & International, Transfer Pricing Operations

    j.  Kimberly Edwards, Director, Field Operations, Large Business & International, Communications, Technology & Media

    k.  Laurel Robinson, Deputy Division Counsel (Operations), Office of Chief Counsel, Large Business & International

    l.  Linda Kroening, Division Counsel, Office of Chief Counsel, Large Business & International

    m.  Michael Danilack, Former Deputy Commissioner (International), Large Business and International

    n.  Nancy Bronson, Territory Manager (West), Large Business & International, Transfer Pricing Practice

    o.  Robert Ratchford, Deputy Area Counsel (SL), Office of Chief Counsel, Large Business & International

    p.  Samuel Maruca, Former Director of Transfer Pricing Operations, Large Business & International, Transfer Pricing Operations

    q.  Sharon Porter, Acting Director, Large Business & International, International Business Compliance

    r.  Thomas Vidano, Deputy Division Counsel (International), Office of Chief Counsel, Large Business & International

    s.  William McCarthy, Attorney, Office of Chief Counsel, Large Business & International

    t.  William Merkle, Area Counsel (Retailers, Food, Transportation & Healthcare), Office of Chief Counsel, Large Business & International

    u.  William Sabin, Senior Counsel, Office of Chief Counsel, Large Business & International

    v.  Woo Jung (Walter) Choi, Supervisory Internal Revenue Agent, Large Business & International, International Business Compliance

**BAKER & MCKENZIE**

    3. All documents directly or indirectly referencing Microsoft that also relate to, reference, or address the issues covered by Prop. Treas. Reg. § 301.7602-1 or Temp. Treas. Reg. § 301-7602-1T.

This request singularly seeks access to responsive documents contained in the files of the IRS. This request does not seek access to, or copies of, any documents contained in the files of, or maintained by, the entities and individuals identified in paragraph 1, above. I may seek access to these files in separate FOIA requests.

For purposes of this request, the term "document" is used expansively and includes, by way of illustration and without limitation, all agreements, contracts, communications, letters, reports, analyses, memoranda, e-mails, transcripts, minutes, notes, bulletins, worksheets, schedules, notebooks, drawings, photographs, drafts, comments on drafts, diaries, calendars, workpapers, purchase orders, telecopies, telexes, or any information stored on optical disc, magnetic tape, microfilm or microfiche, or computer memory storage device. The term "document" also refers to any draft or prior version of a document responsive to this request. A non-identical copy is a unique document. If a document has any notation or modification from an original, please produce the non-identical copy separately.

If it is determined that any requested document or record, or any portion thereof, will not be disclosed, please provide us with the non-exempt documents and records and with the non-exempt portions of the remaining documents and records. In the event an exemption is claimed, please provide us with all segregable non-exempt portions of any withheld document or record pursuant to 5 U.S.C. § 552(b). When material is to be redacted, please "black out" rather than "white out" or "cut out" any portions for which an exemption is claimed.

If document(s) responsive to this request have been destroyed, please identify the document(s) destroyed, the date of destruction, and the person or persons who destroyed the document(s).

Pursuant to 5 U.S.C. §§ 552(a)(6)(A)(i) and 552(b), if this request is denied either in part or in whole, please provide us with an index that specifies which exemption(s) is (are) being claimed for each portion of each document withheld. Please provide a detailed description of each document or record withheld, including the author(s) and any recipients, the date of its creation, its subject matter, and its current physical location. In addition, please provide the reason that each document or record falls within the exemption claimed for it. Please also specify the number of pages in each document or record and the total number of pages that are responsive to this request. Such an index is required to allow us

**BAKER & MCKENZIE**

to evaluate the IRS's claims that these documents are exempt from disclosure. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973); see also Church of Scientology of Cal. v. IRS, 792 F.2d 146 (D.C. Cir. 1986); Osborn v. IRS, 754 F.2d 195 (6th Cir. 1985); White v. IRS, 707 F.2d 897 (6th Cir. 1983) (quoting Church of Scientology v. Bell, 603 F.2d 945 (D.C. Cir. 1979)); Brooks v. IRS, 80 AFTR 2d 97-6370 (E.D. Cal. 1997) (citing Wiener v. FBI, 943 F.2d 972 (9th Cir. 1991)).

In accordance with 26 C.F.R. §§ 601.702(c)(4)(i)(H) and 601.702(f), I agree to pay reasonable charges incurred to search for and duplicate the requested documents. Once the materials have been assembled, please advise the undersigned of the projected copying charges.

In accordance with 26 C.F.R. §§ 601.702(c)(4)(i)(E) and 601.702(c)(5)(iii)(C), I establish my identity and right to access the requested documents by the Power of Attorney and Declaration of Representative on Forms 2848 executed by Microsoft, attached as Exhibits A and B. A copy of my State of New York driver's license is attached for photo identification as Exhibit C. Microsoft authorizes you to send the above requested documents to and/or communicate with counsel below regarding this request:

Daniel A. Rosen
Baker & McKenzie LLP
452 Fifth Avenue
New York, New York 10018
(212) 626-4272

In accordance with 26 C.F.R. § 601.702(f)(3)(i), Microsoft is a "commercial requester" as defined in 26 C.F.R. § 601.702(f)(3)(ii)(A). As set forth in 5 U.S.C. § 552(a)(6)(A)(i), 31 C.F.R. § 1.5(h), and 26 C.F.R. § 601.702(c)(9)(ii), we seek a response to this request within twenty (20) working days of its receipt.

We understand and appreciate that you will exercise a presumption in favor of disclosure, and that you are committed to accountability and transparency in connection with this request. See Memorandum from President Barack Obama, Memorandum for the Heads of Executive Agencies, 74 Fed. Reg. 4,683 (Jan. 26, 2009); Eric Holder, Memorandum for Heads of Executive Departments and Agencies (Mar. 19, 2009) (stating that an agency "should not withhold information simply because it may do so legally. I strongly encourage agencies to make discretionary disclosures of information. An agency should not withhold records merely because it can demonstrate, as a technical matter, that the records fall within the scope of a FOIA exemption.").

5

BAKER & McKENZIE

Please send the requested documents to the address set forth above. If you have any questions concerning this request or require further information, please contact me at (212) 626-4272. Thank you in advance for your attention to this matter.

Sincerely,

*[signature]*

Daniel A. Rosen
Partner
+1 212 626 4272
daniel.rosen@bakermckenzie.com

Attachments: Exhibits A through C

cc: Eli Hoory, Esq.
    Woo Jung (Walter) Choi

| Form **2848** (Rev. July 2014) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Information about Form 2848 and its Instructions is at *www.irs.gov/form2848*. | OMB No 1545-0150 For IRS Use Only Received by Name _____ Telephone _____ Function _____ Date   /   / |
|---|---|---|

**Part I    Power of Attorney**
Caution: *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>Microsoft Corporation & Subsidiaries<br>One Microsoft Way<br>Redmond, WA 98052-6399 | Taxpayer identification number(s)<br>91-1144442 | |
|---|---|---|
| | Daytime telephone number<br>(425) 702-6339 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br>Daniel Rosen - Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Check if to be sent copies of notices and communications ☐ | CAF No. 0310-99756R<br>PTIN P01787930<br>Telephone No. 212-626-4272<br>Fax No. 212-310-1672<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
|---|---|
| Name and address<br>Mireille Oldak - Baker & McKenzie LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006<br>Check if to be sent copies of notices and communications ☐ | CAF No. 0310-07696R<br>PTIN P01605136<br>Telephone No. 202-835-6176<br>Fax No. 202-416-7176<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br>Yea-Jin Angela Chang - Baker & McKenzie LLP<br>300 E. Randolph Street, Suite 5000<br>Chicago, IL 60601<br>(Note. IRS sends notices and communications to only two representatives.) | CAF No. 0310-50893R<br>PTIN P01751448<br>Telephone No. 312-861-4226<br>Fax No. 312-698-2797<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Federal Income Tax | 1120 | June 30, 2004 -<br>June 30, 2006 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF ........................................ ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return; _____

_____

☐ Other acts authorized: _____

_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.                    Form **2848** (Rev. 7-2014)

ISA

EXHIBIT A

Form 2848 (Rev. 7-2014) Page **2**

b **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here .................................................................................................. ▶ [X]

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| /s/ | 9/16/14 | CVP-WW Tax |
| William J. Sample (Print Name) | | Microsoft Corporation & Subsidiaries<br>Print name of taxpayer from line 1 if other than individual |

## Part II  Declaration of Representative

Under penalties of perjury, by my signature below I declare that:
* I am not currently suspended or disbarred from practice before the Internal Revenue Service;
* I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

 a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
 b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
 c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
 d Officer—a bona fide officer of the taxpayer organization.
 e Full-Time Employee—a full-time employee of the taxpayer.
 f Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
 g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
 h Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the Instructions (PTIN required for designation h).
 i Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the Instructions (PTIN required for designation i).
 k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
 r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

Note: For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation—Insert above letter (a-r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| A | NY | 2790442 | /s/ | 9/15/14 |
| A | NY | 5004346 | /s/ | 9/16/14 |
| A | IL | 6312513 | /s/ | 9/11/14 |
|   |   |   |   |   |

Form **2848** (Rev. 7-2014)

Form **2848**
(Rev. June 2008)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date __/__/__

## Part I  Power of Attorney

Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1  Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Microsoft Corporation & Subsidiaries<br>One Microsoft Way<br>Redmond, WA 98052-6399 | | 91 : 1144442 |
| | Daytime telephone number<br>( 425 ) 702-6339 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| James M. O'Brien, Baker & McKenzie LLP<br>130 E. Randolph Street, Suite 3700<br>Chicago, IL 60601 | CAF No. ............<br>Telephone No. 312-861-8602<br>Fax No. 312-698-2323<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Paul E. Schick, Baker & McKenzie LLP<br>130 E. Randolph Street, Suite 3700<br>Chicago, IL 60601 | CAF No. ............<br>Telephone No. 312-861-8850<br>Fax No. 312-698-2381<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| SEE ADDENDUM | CAF No. ............<br>Telephone No. ............<br>Fax No. ............<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3  Tax matters**

| Type of Tax (Income, Employment, Excise, etc.)<br>or Civil Penalty (see the instructions for line 3) | Tax Form Number<br>(1040, 941, 720, etc.) | Year(s) or Period(s)<br>(see the instructions for line 3) |
|---|---|---|
| Federal Income Tax | Form 1120 | 6/30/2004-6/30/2006 |
| | | |
| | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . ▶ ☐

**5  Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Pre_____ on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ................................
.................................................................................................................................................................
.................................................................................................................................................................
.................................................................................................................................................................

**6  Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of the instructions.   Cat. No. 11980J   Form **2848** (Rev. 6-2008)

Form 2848 (Rev. 6-2008)     Page **2**

7   **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

    a   If you also want the second representative listed to receive a copy of notices and communications, check this box . . . . . ▶ ☐
    b   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . . ▶ ☐

8   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
       **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9   **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

    ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

_[Signature]_     5/11/11     CVP-WW Tax
     Signature                  Date           Title (if applicable)

William F. Sample    ☐☐☐☐☐    Microsoft Corporation
    Print Name        PIN Number     Print name of taxpayer from line 1 if other than individual

------
    Signature                 Date           Title (if applicable)

------    ☐☐☐☐☐
    Print Name        PIN Number

## Part II   Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program (levels k and l), see the instructions for Part II.*

Under penalties of perjury, I declare that:
- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

   a   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   b   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   c   Enrolled Agent—enrolled as an agent under the requirements of Circular 230.
   d   Officer—a bona fide officer of the taxpayer's organization.
   e   Full-Time Employee—a full-time employee of the taxpayer.
   f   Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, brother, or sister).
   g   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
   h   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Circular 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 1 of the instructions.
   k   Student Attorney—student who receives permission to practice before the IRS by virtue of their status as a law student under section 10.7(d) of Circular 230.
   l   Student CPA—student who receives permission to practice before the IRS by virtue of their status as a CPA student under section 10.7(d) of Circular 230.
   r   Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

    ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–r) | Jurisdiction (state) or Identification | Signature | Date |
|---|---|---|---|
| a | IL | _[Signature] James M. O'Brien_ | 5/10/2011 |
| a | IL | _[Signature]_ SEE ADDENDUM | 5/10/2011 |

                                                                                                                 Form **2848** (Rev. 6-2008)

Microsoft Corporation & Subsidiaries
E.I. No. 91-1144442
Power of Attorney (Form 2848)
Addendum

---

### Part I: Box 2        Additional Representatives

| | | |
|---|---|---|
| John M. Peterson, Jr., Baker & McKenzie LLP<br>660 Hansen Way<br>Palo Alto, CA 94304 | Telephone No.<br>Fax No. | 650-856-5538<br>650-856-9299 |
| Salim R. Rahim, Baker & McKenzie LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006 | Telephone No.<br>Fax No. | 202-835-1658<br>202-416-7041 |
| Ivan A. Morales, Baker & McKenzie LLP<br>660 Hansen Way<br>Palo Alto, CA 94304 | Telephone No.<br>Fax No. | 650-251-5911<br>650-856-9299 |
| Nancy E. Hacker, Baker & McKenzie LLP<br>660 Hansen Way<br>Palo Alto, CA 94304 | Telephone No.<br>Fax No. | 650-856-5531<br>650-856-9299 |
| Colleen F. Romero, Baker & McKenzie LLP<br>130 E. Randolph Street, Suite 3700<br>Chicago, IL 60601 | Telephone No.<br>Fax No. | 312-861-8280<br>312-698-2945 |
| Brian C. Dursch, Baker & McKenzie LLP<br>130 E. Randolph Street, Suite 3700<br>Chicago, IL 60601 | Telephone No.<br>Fax No. | 312-861-2944<br>312-698-2135 |
| Phillip J. Taylor, Baker & McKenzie LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006 | Telephone No.<br>Fax No. | 202-452-7082<br>202-416-7071 |

Microsoft Corporation & Subsidiaries
E.I. No. 91-1144442
Power of Attorney (Form 2848)
Addendum (continued)

**Part II:    Declaration of Representatives**

| Designation | Jurisdiction | Signature | Date |
|---|---|---|---|
| a | CA | *[signature]* | 5/11/11 |
| a | DC | Salim R. Rahim | 5/10/11 |
| a | CA, FL | *[signature]* | 5/10/11 |
| a | CA | *[signature]* | 5/10/11 |
| a | IL | Colleen Feeney Romero | 5/10/11 |
| a | IL | *[signature]* | 5/10/2011 |
| a | NY | *[signature]* | 5/10/11 |

2

| Form **2848** (Rev. July 2014) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*. | OMB No 1545-0150 |
|---|---|---|
| | | For IRS Use Only |
| | | Received by: |
| | | Name _____ |
| | | Telephone _____ |
| | | Function _____ |
| | | Date  /  / |

**Part I  Power of Attorney**

Caution: *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1  Taxpayer Information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer Identification number(s) |
|---|---|
| Microsoft Corporation & Subsidiaries One Microsoft Way Redmond, WA 98052-6399 | 91-1144442 |
| | Daytime telephone number | Plan number (if applicable) |
| | 425-702-6339 | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| James M. O'Brien, Baker & McKenzie LLP 300 E. Randolph Street, Suite 5000 Chicago, IL 60601 | CAF No.  0309-62211R PTIN  P01365560 Telephone No.  312-861-8602 Fax No.  312-698-2323 |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Paul E. Schick, Baker & McKenzie LLP 300 E. Randolph Street, Suite 5000 Chicago, IL 60601 | CAF No.  4005-70761R PTIN  P01249152 Telephone No.  312-861-8850 Fax No.  312-698-2381 |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Daniel Rosen, Baker & McKenzie LLP 452 Fifth Avenue New York, NY 10018 | CAF No.  0310-99756R PTIN  P01787930 Telephone No.  212-626-4272 Fax No.  212-310-1672 |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3  Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return)

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Federal Income Tax | 1120 | June 30, 2007 - June 30, 2009 |
| | | |
| | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . ▶ ☐

**5a  Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return; _____

☐ Other acts authorized. _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No 11980J    Form **2848** (Rev 7-2014)

EXHIBIT B

b **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any specific deletions to the acts otherwise authorized in this power of attorney (see Instructions for line 5b): ....................................
.............................................................................................................

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date 9/22/14 | Title (if applicable) CVP-WW Tax |
|---|---|---|
| William B. Sample — Print Name | | Microsoft Corporation & Subsidiaries — Print name of taxpayer from line 1 if other than individual |

**Part II  Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
* I am not currently suspended or disbarred from practice before the Internal Revenue Service;
* I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d Officer—a bona fide officer of the taxpayer organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the Instructions (PTIN required for designation h).
i Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the Instructions (PTIN required for designation i).
k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See Instructions for Part II for additional information and requirements.
r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

Note. For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a-r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) See Instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| A | IL | 6180576 | James M. O'Brien | 9/22/2014 |
| A | IL | 6230204 | | 9/22/2014 |
| A | NY | 2790442 | | 9/22/2014 |



EXHIBIT C