1        The Honorable Ricardo S. Martinez

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT FOR THE
         WESTERN DISTRICT OF WASHINGTON
8

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:15-cv-00102 RSM |
| Petitioner, | ) | |
| | ) | **UNITED STATES' RESPONSE TO** |
| v. | ) | **MICROSOFT CORPORATION'S** |
| | ) | **NOTICE OF SUPPLEMENTAL** |
| MICROSOFT CORPORATION, *et al*. | ) | **AUTHORITY** |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

15        The United States, through undersigned counsel, hereby responds to Microsoft

16   Corporation's ("Microsoft") Notice of Supplemental Authority.  (Docket No. 46).

17        Microsoft has submitted a recent letter from Senator Orrin Hatch to Internal Revenue

18   Service Commissioner John Koskinen as supplemental authority for this Court's consideration in

19   deciding whether it is entitled to an evidentiary hearing.  Notices of supplemental authority are

20   used to bring recent, relevant *judicial* decisions to the attention of the Court; they are "not

21   designed to bring new evidence through the back door." *Trans-Sterling, Inc. v. Bible,* 804 F.2d

22   525, 528 (9th Cir. 1986).   The correspondence between Senator Hatch and Commissioner

23   Koskinen is not supplemental authority.

United States' Response to                          **U.S. Department of Justice**
Microsoft Corporation's Notice                      Ben Franklin Station, P.O. Box 683
of Supplemental Authority                           Washington, D.C. 20044-0683

1   Moreover, this correspondence, even if it were relevant, is certainly not so now when the

2   issue presented is whether Microsoft is entitled to an evidentiary hearing.  Once again, Microsoft

3   has prematurely and inappropriately raised the underlying substantive issue; the validity of

4   Treas. Reg. § 301.7602-1T(b)(3).  The Court will ultimately decide that issue in this case but is

5   not required to, nor should it, do so now.[1]

6   Dated this 20th day of May, 2015.

7
                                                          CAROLINE D. CIRAOLO
                                                          Acting Assistant Attorney General
8
                                                          */s Noreene Stehlik*
9                                                         */s Jeremy Hendon*
                                                          */s Amy Matchison*
10                                                        NOREENE STEHLIK
                                                          Senior Litigation Counsel, Tax Division
11                                                        JEREMY HENDON
                                                          AMY MATCHISON
12                                                        Trial Attorneys, Tax Division
                                                          U.S. Department of Justice
13                                                        P.O. Box 683, Ben Franklin Station
                                                          Washington, DC 20044-0683
14                                                        Email:  Noreene.C.Stehlik@usdoj.gov
                                                                  Jeremy.Hendon@usdoj.gov
15                                                                Amy.T.Matchison@usdoj.gov
                                                                  Western.TaxCivil@usdoj.gov
16                                                        Telephone:     (202) 514-6489
                                                                         (202) 353-2466
17                                                                       (202) 307-6422

18                                                        ANNETTE L. HAYES
                                                          Acting United States Attorney
19                                                        Western District of Washington

20                                                        *Attorneys for the United States of America*

21

22

---

23   [1] The briefing schedule in these consolidated cases explicitly provides that the parties will brief the common defenses to enforcement of the summonses after the Court rules on Microsoft's motion for an evidentiary hearing. *See* Docket No. 29.

United States' Response to                              **U.S. Department of Justice**
Microsoft Corporation's Notice                          Ben Franklin Station, P.O. Box 683
of Supplemental Authority                               Washington, D.C. 20044-0683

1

<u>**CERTIFICATE OF SERVICE**</u>

2

     IT IS HEREBY CERTIFIED that service of the foregoing has been made this 20th day of

3

May, 2015, via the Court's ECF system to all parties and electronically to the following:

4

5

     JAMES M. O'BRIEN
     james.m.o'brien@bakermckenzie.com

6

     ROBERT B. MITCHELL
     robert.mitchell@klgates.com

7

     dawnelle.patterson@klgates.com

8

     DANIEL A. ROSEN
     daniel.rosen@bakermckenzie.com

9

10

                             */s/ Amy Matchison*
                             AMY MATCHISON

11

                             Trial Attorney, Tax Division
                             U.S. Department of Justice

12

13

14

15

16

17

18

19

20

21

22

23

United States' Response to
Microsoft Corporation's Notice
of Supplemental Authority

**U.S. Department of Justice**
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044-0683