UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Respondents. | NO. 2:15-cv-00102 RSM<br><br>MICROSOFT CORPORATION'S WITNESS AND EXHIBIT LIST FOR JULY 21, 2015, EVIDENTIARY HEARING |

## **WITNESS LIST**

Microsoft submits the following disclosure of witnesses for the evidentiary hearing scheduled for July 21, 2015, in this matter:

1. **Eli Hoory** - Microsoft intends to examine Mr. Hoory at the evidentiary hearing concerning his background and experience working for the IRS, his role in the IRS's audit of Microsoft, the IRS's decision to hire outside counsel, the IRS's contracts with outside counsel, the role that outside counsel has served and is expected to serve under those contracts, Mr. Hoory's input into and the process for promulgating the Temporary and Proposed Regulations

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 1

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

(26 C.F.R. § 301.7602-1(b)(3)), the connection between the hiring of outside counsel and the Temporary and Proposed Regulations, and any other matter relevant to the factual issues identified in the Court's June 17, 2015, order granting Microsoft's motion for an evidentiary hearing.

2. **Daniel Rosen** - Microsoft presently intends to rely on the April 23, 2015, Declaration that Mr. Rosen submitted in connection with Microsoft's motion for an evidentiary hearing, but reserves the right to call Mr. Rosen to testify concerning his background and experience working for the IRS Office of Chief Counsel, the organization and structure of the IRS and the IRS Office of Chief Counsel, the process for developing published guidance and regulations within the IRS and the Treasury Department (including the procedures set forth in the Internal Revenue Manual and those typically followed by the IRS Office of Chief Counsel), the process that was followed in promulgating the Temporary and Proposed Regulations (as reflected in documents produced pursuant to Microsoft's FOIA requests), general practices in the issuance of designated and related summonses and retention of outside counsel and experts by the IRS and the IRS Office of Chief Counsel in connection with an audit or dispute, the role that outside counsel has served in the IRS's audit of Microsoft, Microsoft's FOIA requests, and any other matter relevant to the factual issues identified in the Court's June 17, 2015, order granting Microsoft's motion for an evidentiary hearing. Microsoft reserves the right also to call Mr. Rosen in rebuttal to respond to the testimony of Eli Hoory and any other witness the government makes available at the evidentiary hearing.

3. **Michael Bernard** - Microsoft presently intends to rely on the March 18, 2015, and April 23, 2015, Declarations that Mr. Bernard submitted in connection with Microsoft's motion for an evidentiary hearing, but reserves the right also to call Mr. Bernard to testify concerning the IRS's recent audits of Microsoft, including the IRS's development of the factual record, the communications between the IRS and Microsoft, the transactions being audited, the

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 2

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

IRS's retention of outside counsel, and the role that outside counsel has served in the IRS's audits of Microsoft, as well as any other matter relevant to the factual issues identified in the Court's June 17, 2015, order granting Microsoft's motion for an evidentiary hearing. Microsoft also reserves the right to call Mr. Bernard in rebuttal to respond to the testimony of Eli Hoory and any other witness the government makes available at the evidentiary hearing.

4. **James O'Brien** - Microsoft presently intends to rely on the March 18, 2015, Declaration that Mr. O'Brien submitted in connection with Microsoft's motion for an evidentiary hearing, but reserves the right also to call Mr. O'Brien to testify concerning the IRS's recent audits of Microsoft, the IRS's retention of outside counsel, the IRS's promulgation of the Temporary and Proposed Regulations (26 C.F.R. § 301.7602-1(b)(3)), the IRS's contracts with outside counsel, and Microsoft's FOIA requests, as well as any other matter relevant to the factual issues identified in the Court's June 17, 2015, order granting Microsoft's motion for an evidentiary hearing. Microsoft also reserves the right to call Mr. O'Brien in rebuttal to respond to the testimony of Eli Hoory and any other witness the government makes available at the evidentiary hearing.

5. **Any Additional Witnesses the Government Makes Available** - Microsoft reserves the right to call any additional witnesses the government makes available at the evidentiary hearing regarding the subject matter identified in the government's witness list disclosure and any other matter relevant to the factual issues identified in the Court's June 17, 2015, order granting Microsoft's motion for an evidentiary hearing.

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 3

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# EXHIBIT LIST

| No. | Description |
|---|---|
| MS001 | IRS Mission Statement Webpage |
| MS002 | IRS Publication 1, Your Rights as a Taxpayer |
| MS003 | IRS Privacy, Governmental Liaison and Disclosure At-a-Glance Webpage |
| MS004 | IRS Office of Chief Counsel At-A-Glance Webpage |
| MS005 | IRS Internal Revenue Manual § 11.3.21 |
| MS006 | IRS Internal Revenue Manual § 11.3.24 |
| MS007 | IRS Internal Revenue Manual § 25.5.5 |
| MS008 | IRS Internal Revenue Manual § 31.1.1 |
| MS009 | IRS Internal Revenue Manual § 32.1.1 |
| MS010 | IRS Internal Revenue Manual § 32.1.2 |
| MS011 | IRS Internal Revenue Manual § 32.1.3 |
| MS012 | IRS Internal Revenue Manual § 32.1.9 |
| MS013 | IRS Internal Revenue Manual § 32.2.2 |
| MS014 | IRS Priority Guidance Plan 2012-13 2nd Quarter Update |
| MS015 | IRS Priority Guidance Plan 2012-13 3rd Quarter Update |
| MS016 | IRS Priority Guidance Plan 2012-13 4th Quarter Update |
| MS017 | IRS Priority Guidance Plan 2013-14 Initial Version |
| MS018 | IRS Priority Guidance Plan 2013-14 1st Quarter Update |
| MS019 | IRS Priority Guidance Plan 2013-14 2nd Quarter Update |
| MS020 | IRS Priority Guidance Plan 2013-14 3rd Quarter Update |
| MS021 | IRS Priority Guidance Plan 2013-14 4th Quarter Update |
| MS022 | IRS Priority Guidance Plan 2014-15 Initial Version |
| MS023 | IRS Priority Guidance Plan 2014-15 1st Quarter Version |
| MS024 | IRS Priority Guidance Plan 2014-15 2nd Quarter Version |
| MS025 | IRS Priority Guidance Plan 2014-15 3rd Quarter Version |
| MS026 | Department of Justice - About the Tax Division Webpage |
| MS027 | Department of Justice - About the Office of Public Responsibility and OPR Policies and Procedures Webpage |
| MS028 | US Office of Government Ethics - Special Government Employees Webpage |
| MS029 | 2/15/2000 US Office of Government Ethics Memorandum 00x1 Regarding Summary of Ethical Requirements Applicable to Special Government Employees |
| MS030 | 8/29/2013 email from Cheryl Richardson to Hamish Hume, carbon copy to Eli Hoory, Tim Tuey, and Thomas Vidano [Microsoft-FOIA000067] |
| MS031 | 9/6/2013 email from Hamish Hume to Cheryl Richardson, carbon copy to Eli Hoory, Tim Tuey, and Thomas Vidano [Microsoft-FOIA000196-198] |
| MS032 | 9/6/2013 letter from Hamish Hume to Cheryl Richardson, with attachment [Microsoft-FOIA000199-205] |
| MS033 | 9/12/2013 IRS-Boies Schiller Contract TIRNE-13-C-00031 [Microsoft-FOIA000001-61] |

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 4

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| No. | Description |
|---|---|
| MS034 | 12/10/2013 Modification of IRS-Boies Schiller Contract MOD TIRNE-13-C-00031 [Microsoft-FOIA000062-66] |
| MS035 | David Boies Biography, Boies Schiller Webpage |
| MS036 | Quinn Emanuel Client Testimonials Webpage |
| MS037 | Quinn Emanuel Why Work Here Webpage |
| MS038 | John Quinn Biography, Quinn Emanuel Webpage |
| MS039 | John Gordon Biography, Quinn Emanuel Webpage |
| MS040 | Jeremy Andersen Biography, Quinn Emanuel Webpage |
| MS041 | Noah Helpern Biography, Quinn Emanuel Webpage |
| MS042 | Ryan Keech Biography, Quinn Emanuel Webpage |
| MS043 | Stephen Swedlow Biography, Quinn Emanuel Webpage |
| MS044 | Philippe Pinsolle Biography, Quinn Emanuel Webpage |
| MS045 | 9/24/2014 Quinn Emanuel Ethical Wall Memo |
| MS046 | 1/24/2014 *Apple v. Samsung*, Case No. 5:11-cv-01846, Dkt. 2935, Order Granting Motion for Sanctions |
| MS047 | 10/14/2013 *Apple v. Samsung*, Case No. 5:11-cv-01846, Dkt. 2526, Notice of Appearance for John Gordon |
| MS048 | 7/30/2012 *Apple v. Samsung*, Case No. 5:11-cv-01846, Dkt. 1459, Notice of Appearance for John Quinn |
| MS049 | TD 9669, Participation of a Person Described in Section 6103(n) in a Summons Interview Under Section 7602(a)(2) of the Internal Revenue Code, 79 Fed. Reg. 34625 (6/18/2014) |
| MS050 | REG–121542–14, Participation of a Person Described in Section 6103(n) in a Summons Interview Under Section 7602(a)(2) of the Internal Revenue Code, 79 Fed. Reg. 34668 (6/18/2014) |
| MS051 | 6/30/2015 IRS Large Business & International Organization Chart |
| MS052 | IRS Organization Chart |
| MS053 | Heather Maloy, Tax Administration: Where the Rubber Meets the Road, 136 Tax Notes 329 (7/16/2012) |
| MS054 | William Hoffman, IRS Budget Cuts 'Will Be Visible' in 2015, Koskinen Warns, 2014 TNT 239-6 (12/12/2014) |
| MS055 | 5/13/2015 letter from Senator Orrin Hatch, Chairman, Senate Finance Committee, to IRS Commissioner John Koskinen*[1] |
| MS056 | House of Representatives Committee on Ways & Means, Majority Staff Report "Doing Less With Less: IRS's Spending Decisions Harm Taxpayers." (4/22/2015) |
| MS057 | Congressman Peter Roskam, Chairman of the Oversight Subcommittee of the House Committee on Ways and Means, Statement Concerning the IRS's Use of Private Law Firms to Perform Audits and Administer Tax Law (6/18/2015) |
| MS058 | 12/10/2014 Declaration of Senior International Advisor Eli Hoory in Support of Petition to Enforce Internal Revenue Service Summons* |

---

[1] Exhibits marked with an asterisk have been previously filed with the Court in connection with the United States' Petition to Enforce Internal Revenue Service Summons, Case No. 15-cv-00102.

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 5

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| No. | Description |
|---|---|
| MS059 | 2/10/2015 Supplemental Declaration of Senior International Advisor Eli Hoory in Support of Petition to Enforce Internal Revenue Service Summons |
| MS060 | 3/18/2015 Declaration of James M. O'Brien* |
| MS061 | State Bar of Texas Tax Section, Comments on Proposed Regulations Under Section 7602 (9/16/2014)* |
| MS062 | 9/22/2014 Freedom of Information Act Request* |
| MS063 | 11/26/2014 letter from Eli Hoory to James O'Brien* |
| MS064 | 5/19/2014 IRS-Quinn Emanuel Contract TIRNE-14-C-00013 [Microsoft-FOIA-00169-229]* |
| MS065 | 10/28/2014 IRS-Quinn Emanuel Modification of Contract TIRNE-14-C-00013 MOD# 0001* |
| MS066 | 12/12/2014 Freedom of Information Act Request* |
| MS067 | 12/12/2014 Freedom of Information Act Request* |
| MS068 | 3/12/2015 Freedom of Information Act Request* |
| MS069 | 3/18/2015 Declaration of Michael J. Bernard* |
| MS070 | Undated letter from Alton S. White III to Michael Bernard, with attached Proposed Timeline* |
| MS071 | 8/28/2014 letter from Eli Hoory to Michael J. Bernard* |
| MS072 | 9/3/2014 letter from Michael J. Bernard to Eli Hoory, Esq.* |
| MS073 | 9/9/2014 letter from Eli Hoory to Michael J. Bernard* |
| MS074 | 9/10/2014 letter from Michael J. Bernard to Eli Hoory, Esq.* |
| MS075 | 9/10/2014 letter from Eli Hoory to Michael J. Bernard, with attachment * |
| MS076 | 4/14/2015 United States' Response to Motion for Evidentiary Hearing* |
| MS077 | 4/14/2015 Second Declaration of Senior International Advisor Eli Hoory* |
| MS078 | 7/12/2012 Proposed Audit Timeline* |
| MS079 | 1/31/2013 Updated Audit Timeline* |
| MS080 | 3/22/2014 email from Michael Bernard to Eli Hoory* |
| MS081 | 3/24/2014 email from Michael Bernard to Eli Hoory* |
| MS082 | Summary of Topics for Call* |
| MS083 | 7/15/2014 email from Carol O'Connor to Eli Hoory* |
| MS084 | 4/23/15 Declaration of Daniel A. Rosen* |
| MS085 | 5/9/2014 email from Cheryl J. Richardson to christayback@quinnemanuel.com, carbon copies to Tim Tuey and Eli Hoory, with attachment* |
| MS086 | 9/24/2014 transcript excerpt from the examination of Allison Watson* |
| MS087 | 9/22/2014 transcript excerpt from the examination of Richard Berry* |
| MS088 | 9/25/2014 transcript excerpt from the examination of David Hamilton* |
| MS089 | 10/7/2014 transcript excerpt from the examination of Lynne Frankel* |
| MS090 | 9/23/2014 transcript excerpt from the examination of Bob Kelly* |
| MS091 | 10/6/2014 transcript excerpt from the examination of Tim O'Brien* |
| MS092 | 10/6/2014 transcript excerpt from the examination of Matt Roberts* |
| MS093 | 10/10/2014 transcript excerpt from the examination of Chris Suh* |
| MS094 | 9/23/2014 transcript excerpt from the examination of Eric David Rudder* |

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 6

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

| No. | Description |
|---|---|
| MS095 | 10/6/2014 transcript excerpt from the examination of David Webster* |
| MS096 | 10/7/2014 transcript excerpt from the examination of Marlena Werder* |
| MS097 | 9/24/2014 transcript excerpt from the examination of Robert Jeff Hansen* |
| MS098 | 10/8/2014 transcript excerpt from the examination of Mitar Azizirad* |
| MS099 | 9/22/2014 transcript excerpt from the examination of Chris Capossela* |
| MS100 | 9/24/2014 transcript excerpt from the examination of Allison Watson* |
| MS101 | 9/22/2014 transcript excerpt from the examination of Chris Capossela* |
| MS102 | 10/10/2014 transcript excerpt from the examination of Chris Suh* |
| MS103 | 4/23/15 Second Declaration of Michael J. Bernard in Support of Motion for Evidentiary Hearing* |
| MS104 | 8/6/2012 email from Molly Vlahovich to Paul D. Weibel, carbon copy to LeAnn Lujan* |
| MS105 | 9/19/2014 letter from Michael J. Bernard to Eli Hoory, Esq., with attachment* |
| MS106 | 7/6/2015 Objection to Microsoft's Statement in Advance of Telephonic Hearing* |
| MS107 | 7/7/2015 Transcript of Telephone Conference* |
| MS108 | 5 U.S.C. § 553 |
| MS109 | 18 U.S.C. § 202 |
| MS110 | 18 U.S.C. § 203 |
| MS111 | 26 U.S.C. § 6103 |
| MS112 | 26 U.S.C. § 6201 |
| MS113 | 26 U.S.C. § 7601 |
| MS114 | 26 U.S.C. § 7602 |
| MS115 | 26 U.S.C. § 7701 |
| MS116 | 31 U.S.C. § 501 note, § 5(2)(A) |
| MS117 | U.S. Const., Art. I, § 9, Cl. 8 |
| MS118 | 4/24/2013 email from Thomas Kane to Gary Gray, Charles Christopher, A M Gulas, and Thomas Vidano, carbon copy to Thomas Thomas [IRS-000008] |
| MS119 | 5/13/2013 email from A M Gulas to William Spatz [IRS-000032] |
| MS120 | 5/17/2013 email from A M Gulas to William Spatz, carbon copy to Charles Christopher, with attachment [IRS-000046-55] |
| MS121 | 6/27/2013 email from A M Gulas to Gary Gray, with attachment [IRS-000088-93] |
| MS122 | 10/29/2013 email from William Conroy to Charles Christopher, William Spatz, and A M Gulas, carbon copy to Thomas Vidano, with attachment [IRS-000247-252] |
| MS123 | 11/25/2013 email from Gary Gray to Drita Tonuzi, carbon copy to Charles Christopher, William Spatz, and A M Gulas [IRS-000330] |
| MS124 | 1/8/2014 email from A M Gulas to Charles Christopher, carbon copy to William Spatz [IRS-000336] |
| MS125 | 3/11/2014 email from William Conroy to William Spatz and A M Gulas, carbon copy to Thomas Vidano [IRS-000456-457] |
| MS126 | 3/28/14 email from William Spatz to A M Gulas [IRS-000534] |

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 7

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

| No. | Description |
|---|---|
| MS127 | 4/8/2014 email from William Conroy to A M Gulas and William V. Spatz [IRS-000603-604] |
| MS128 | 5/30/2014 email from Karen Wright to Gary Gray, A M Gulas, and William Spatz, carbon copy to Frederick Schindler [IRS-000961] |
| MS129 | 5/30/2014 email from A M Gulas to &PA Green 1, Tom Vidano, Linda Horowitz, Lisa Zarlenga, carbon copy to &PA Green 2, Eileen Shatz, Gary Gray, William Spatz, A M Gulas, Kirsten Witter, and William Conroy [IRS-000967-977] |
| MS130 | 6/5/2014 email from Rochelle Hodes to Gary Gray, carbon copies to A M Gulas and William Spatz [IRS-001049-1050] |
| MS131 | 6/5/2014 email from A M Gulas to Gary Gray and William Spatz [IRS-001064-1066] |
| MS132 | 6/5/2014 email from Kathryn Zuba to Christopher Sterner, carbon copy to Lisa Zarlenga, Rochelle Hodes, Alexandra Minkovich, Mireille Khoury, Drita Tonuzi, Gary Gray, Frederick Schindler, Deborah Colbert, William Spatz, and A M Gulas [IRS-001134-1140] |
| MS133 | 9/24/2014 email from A M Gulas to William Spatz, Charles Christopher, and Frederick Schindler [IRS-001428] |
| MS134 | 5/30/2013 Updated Audit Timeline |

Microsoft reserves its right to supplement this list with newly produced documents by the government, to supplement this list with documents relevant to the subject matter identified in the government's witness list disclosure for any previously unidentified witness the government makes available at the hearing, and to introduce any exhibits on the government's exhibit list. Microsoft further reserves its rights to offer additional exhibits to be used for impeachment purposes only.

Microsoft will have both electronic and hard copy versions of the exhibits available at the hearing.

///

///

///

///

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 8

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1     DATED this 10th day of July, 2015.

2                                      CALFO HARRIGAN LEYH & EAKES LLP

4                                      By    *s/ Patricia A. Eakes*

5                                      By    *s/ Andrea D. Ostrovsky*

                                                Patricia A. Eakes, WSBA #18888
6                                          Andrea D. Ostrovsky, WSBA #37749
                                         999 Third Avenue, Suite 4400
7                                          Seattle, WA 98104
                                         Phone: (206) 623-1700
8                                          Fax: (206) 623-8717
                                         Email: pattye@calfoharrigan.com
9                                                   andreao@calfoharrigan.com

11                                 BAKER & McKENZIE LLP

13                                    By    *s/ Daniel A. Rosen*
                                       Daniel A. Rosen, *Pro Hac Vice*
14                                       452 Fifth Avenue
                                       New York, NY 10018
15                                      Phone: (212) 626-4272
                                       Fax: (212) 310-1600
16                                      Email: daniel.rosen@bakermckenzie.com

17                                 BAKER & McKENZIE LLP

19                                 By    *s/ James M. O'Brien*
                                       James M. O'Brien, *Pro Hac Vice*
20                                      300 E. Randolph Drive, Suite 5000
21                                      Chicago, IL 60601
                                     Phone: (312) 861-8602
22                                    Fax: (312) 861-2899
23                                    Email: james.m.o'brien@bakermckenzie.com

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 9

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By    *s/ Philip S. Beck*

By    *s/ Sean W. Gallagher*

By    *s/ Brian S. Prestes*

By    *s/ Robert B. Tannenbaum*
Philip S. Beck, *Pro Hac Vice*
Sean W. Gallagher, *Pro Hac Vice*
Brian S. Prestes, *Pro Hac Vice*
Robert B. Tannenbaum, *Pro Hac Vice*
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Phone:  (312) 494-4400
Fax:  (312) 494-4440
Email: philip.beck@bartlit-beck.com
          sean.gallagher@bartlit-beck.com
          brian.prestes@bartlit-beck.com
          robert.tannenbaum@bartlit-beck.com

***Attorneys for Respondent / Intervenor
Microsoft Corporation***

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 10

Case No.:  2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL  (206) 623-1700   FAX  (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy Matchison, Jeremy N. Henson, Noreene C. Stehlik, James E. Weaver and the U.S. Department of Justice; Daniel A. Rosen, James M. O'Brien and Baker & McKenzie LLP; Robert B. Mitchell, Hugh Frederick Bangasser and K&L Gates LLP; George E. Greer and Orrick Herrington & Sutcliffe; Stephen M. Rummage and Davis Wright Tremaine; Philip S. Beck, Sean W. Gallagher, Brian S. Prestes, Robert B. Tannenbaum and Bartlit Beck Herman Palenchar & Scott LLP, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

    s/ Florine Fujita
    Florine Fujita

MICROSOFT CORPORATION'S
WITNESS AND EXHIBIT LIST - 11

Case No.: 2:15-cv-00102 RSM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717