The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cv-00102 RSM |
| Petitioner, ) | |
| ) | **UNITED STATES' WITNESS LIST** |
| v. ) | |
| MICROSOFT CORPORATION, *et al.* ) | |
| Respondents. ) | |

In accordance with the order orally entered by the Court at the telephonic hearing held on July 7, 2015, the United States submits its witness list, in preparation for the evidentiary hearing to be conducted on July 21, 2015.

## **Will Call**

1. Eli Hoory, Senior International Advisor, Transfer Pricing Operations, Large Business & International Division, Internal Revenue Service

Mr. Hoory is expected to testify about his role and the role of Quinn Emanuel in the summons process and examination of Microsoft for tax years ending June 2004, June 2005 and 2006.  Mr. Hoory is expected to provide testimony about the nature and complexity of the examination and factors that resulted in execution of a contract for services with Quinn Emanuel.

Mr. Hoory will also testify as to the general nature of the services provided, and actions taken, by Quinn Emanuel personnel, to the extent such testimony does not encroach on any applicable privileges protecting the confidentiality of the examination planning and strategy. Mr. Hoory may also respond to matters raised by Microsoft in its reply filed on April 23, 2014 that the United States has not had an opportunity to respond to, to the extent such responses relate to the subject matters addressed during the evidentiary hearing. Finally, Mr. Hoory will provide the Court with general context and background information regarding the Microsoft examination.

### **May Call**

2. Thomas Vidano, Deputy Division Counsel, Large Business & International Division, Internal Revenue Service

Mr. Vidano is expected to testify about the genesis of Temp. Treas. Reg. § 301.7602-1T(b)(3). He will also testify as to any connection between the timing of the issuance of this regulation and the examination of Microsoft for tax years ending June 2004, June 2005 and June 2006. Mr. Vidano will only testify to matters regarding these topics that do not invade any applicable privileges protecting the confidentiality of planning and strategy in the Microsoft examination, or overall LB&I planning and strategy. Because of the nature of Mr. Vidano's role in the LB&I Division, the United States will offer Mr. Vidano as a witness on the foregoing topics only if the Court enters a stipulated order, in advance of his appearance, to make clear that Mr. Vidano's testimony at the evidentiary hearing will not constitute a subject matter waiver of any applicable privileges as to the matters raised during his testimony.

Dated this 10th day of July, 2015.

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General

        */s Noreene Stehlik*
        */s James E. Weaver*
        */s Jeremy Hendon*
        */s Amy Matchison*
        NOREENE STEHLIK
        JAMES E. WEAVER
        Senior Litigation Counsel, Tax Division
        JEREMY HENDON
        AMY MATCHISON
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, DC 20044-0683
        Email: Noreene.C.Stehlik@usdoj.gov
                James.E.Weaver@usdoj.gov
                Jeremy.Hendon@usdoj.gov
                Amy.T.Matchison@usdoj.gov
        Telephone: (202) 514-6489
                      (202) 305-4929

        ANNETTE L. HAYES
        Acting United States Attorney
        Western District of Washington

        *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 10th day of July, 2015, via the Court's ECF system to all parties and electronically to the following:

JAMES M. O'BRIEN
james.m.o'brien@bakermckenzie.com

ROBERT B. MITCHELL
robert.mitchell@klgates.com
dawnelle.patterson@klgates.com

DANIEL A. ROSEN
daniel.rosen@bakermckenzie.com

                                                /s James E. Weaver
                                                JAMES E. WEAVER
                                                Senior Litigation Counsel, Tax Division
                                                U.S. Department of Justice