IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
                                            )   Case No. 2:15-cv-00102 RSM
      Petitioner, )
                                            )   **UNITED STATES' EXHIBIT LIST**
    v. )
                                            )
MICROSOFT CORPORATION, *et al*. )
                                            )
      Respondents. )
_____)

In accordance with the order orally entered by the Court at the telephonic hearing held on July 7, 2015, the United States submits its exhibit list[1], in preparation for the evidentiary hearing to be conducted on July 21, 2015.

1. Administrative record for Treasury Regulation § 301.7602.1T(b) (as certified for the July 21, 2015 hearing).

2. Contract for the provision of expert services between the Internal Revenue Service and Quinn Emanuel Urquhart & Sullivan, LLP, executed on May 19, 2014.

---

[1] In addition to the documents identified here, the United States also incorporates into its list its exhibits previously submitted in the record and accepted by the Court as stated during the July 7, 2015 telephonic hearing.

United States'                                                                                 **U.S. Department of Justice**
Exhibit List                                    - 1 -                                           P.O. Box 683
                                                                                               Washington, D.C. 20044-0683

3. Transcript of September 22, 2014 interview of witness Chris Caposella.

4. Transcript of September 23, 2014 interview of witness Bob Kelly.

5. Transcript of September 24, 2014 interview of witness Allison Watson.

6. Transcript of September 25, 2014 interview of witness David Hamilton.

7. Transcript of October 7, 2014 interview of witness Marlena Werder.

8. Transcript of October 10, 2014 interview of witness Chris Suh.

9. July 12, 2012 audit timeline.

10. January 31, 2013 audit timeline.

11. May 30, 2013 audit timeline.

12. Office of Management and Budget Policy Letter 11-01, Performance of Inherently Governmental and Critical Functions.

13. Internal Revenue Service designated summons issued to Microsoft Corporation and includible subsidiaries on October 30, 2014.

14. Preliminary Transfer Pricing Analysis of Microsoft's Cost Shared Americas Retail Business presentation dated January 14, 2014.

15. Estimation of the Fair Market Value of Certain Entities of Microsoft Corporation dated June 19, 2006.

16. Letter from Microsoft Corporation to the Internal Revenue Service dated June 29, 2011, and attached Brief in Support of Protest of Proposed Adjustments to the Tax Liability of Microsoft Corporation & Subsidiaries for Taxable Years Ended June 30, 2004-2006, regarding Issues 1 and 2.

**Potential Demonstrative Exhibits**

17. Audit timeline.

18. Structure of transactions at issue.

Dated this 10th day of July, 2015.

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General

        */s Noreene Stehlik*
        */s James E. Weaver*
        */s Jeremy Hendon*
        */s Amy Matchison*
        NOREENE STEHLIK
        JAMES E. WEAVER
        Senior Litigation Counsel, Tax Division
        JEREMY HENDON
        AMY MATCHISON
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, DC 20044-0683
        Email: Noreene.C.Stehlik@usdoj.gov
                James.E.Weaver@usdoj.gov
                Jeremy.Hendon@usdoj.gov
                Amy.T.Matchison@usdoj.gov
        Telephone: (202) 514-6489
                    (202) 305-4929

        ANNETTE L. HAYES
        Acting United States Attorney
        Western District of Washington

        *Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 10th day of July, 2015, via the Court's ECF system to all parties and electronically to the following:

JAMES M. O'BRIEN
james.m.o'brien@bakermckenzie.com

ROBERT B. MITCHELL
robert.mitchell@klgates.com
dawnelle.patterson@klgates.com

DANIEL A. ROSEN
daniel.rosen@bakermckenzie.com

/s James E. Weaver
JAMES E.WEAVER
Senior Litigation Counsel, Tax Division
U.S. Department of Justice