**IRS v. MICROSOFT**
**C15-102RSM & C15-103 RSM**

**AMENDED 8/25/15 EVIDENTIARY HEARING EXHIBITS**

| **EXHIBIT NO.** | **DATE** | **OBJECTION/ADMITTED?** |
|---|---|---|
| 1 | 8/25/15 | Offered; no objection - ADMITTED |
| 13 | 8/25/15 | Offered; no objection - ADMITTED |
| 15 | 8/25/15 | Offered; objection - overruled - ADMITTED |
| 16 | 8/25/15 | Offered; obj - overruled - ADMITTED (subject to redaction prior to release, as agreed to between parties) |
| 21, 22, 23 | 8/25/15 | Offered; no objection - ADMITTED |
| 28, 29, 30 | 8/25/15 | Offered; no objection - ADMITTED |
| 31 | 8/25/15 | Offered; obj - overruled - ADMITTED (subject to redaction prior to release, as agreed to between parties) |
| 41 | 8/25/15 | Offered; objection-overruled - ADMITTED |
| | | |