IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-cv-00102 RSM |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICROSOFT CORPORATION, *et al*. ) | |
| ) | |
| Respondents. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-cv-00103-RSM |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| CRAIG J. MUNDIE, *et al*. ) | |
| ) | |
| Respondents. ) | |

THIS MATTER having come before the Court on the United States' Unopposed Motion to Confirm Status of Exhibit 40 as Admitted into Evidence, and for good cause shown, it is hereby,

1

ORDERED that the United States' Exhibit 40 is confirmed to have been moved into evidence during the evidentiary hearing held in this case on August 25, 2015.

DATED this 11th day of September, 2015

	RICARDO S. MARTINEZ
	UNITED STATES DISTRICT JUDGE

Presented by:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ James E. Weaver
NOREENE STEHLIK
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
JEREMY HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
	James.E.Weaver@usdoj.gov
	Jeremy.Hendon@usdoj.gov
	Amy.T.Matchison@usdoj.gov
	Western.TaxCivil@usdoj.gov
Telephone:	(202) 514-6489
	(202) 305-4929
	(202) 353-2466
	(202) 307-6422

ANNETTE L. HAYES
United States Attorney
Western District of Washington
*Attorneys for the United States of America*