# EXHIBIT 2

**Proposed Timeline**
(For Discussion on July 12, 2012 Conference)

| Start (if Applicable) | Completion | Description |
|---|---|---|
| 7/2/2012 | 10/1/2012 | Outside Experts (O/E) begin work<br>Initial IDRs issued and responses collected<br>Fact Finding |
| 10/1/2012 | 11/30/2012 | O/E continue Fact Finding<br>Complete review of initial IDR responses<br>Issue follow-up IDRs<br>Interview requests / Interviews (if applicable) |
| 11/30/2012 | 12/31/2012 | Issue Final IDRs and Complete Fact Finding |
| | 1/31/2013 | O/E completes draft evaluation and presents results of analysis to IRS |
| | 3/8/2013 | O/E present final report to IRS |
| | 4/5/2013 | IRS completes analysis and presents conclusions to Taxpayer |
| 4/5/2012 | 6/21/2013 | Dialogue with Taxpayer on Issues – Determine if Room for Resolution |
| | 7/1/2013 | Resolution of Issue(s) or Issuance of 30-Day Letter |
| | 10/30/2013 | Statute Extension Date |

Notes:

(1) This timeline is based on the expectation that throughout fact finding process information requests will be communicated to Taxpayer on a rolling basis and that responses to IDRs will be received within 2 weeks of the IDR in question being issued.

(2) For appropriate information requests (for example, nuanced requests for data sets), we would prefer to work proactively and openly with Taxpayer by engaging in direct communications with the appropriate day-to-day operational custodian(s) of the data to help facilitate more efficient and accurate information requests and responses on a real time basis.