# EXHIBIT 5



Language

Practice Areas    Attorneys    The Firm    Careers    Contact        Search

# Client Testimonials

Talent and experience mean nothing unless you win.
**We win**.
See who we've won for.

## DIRECTV GROUP

When I have 'bet-the-company' litigation or need novel solutions to complex legal problems, I call Quinn Emanuel.

**T. Warren Jackson**
*Vice President and Associate General Counsel*

---

## EPSON AMERICA, INC.

We have looked to Quinn Emanuel for our most important IP matters for many years, and we are glad to have done so. Their winning results and commitment to service have been everything we could have hoped for.

**Alf R. Andersen**
*Assistant General Counsel*

---

## AMERICAN INTERNATIONAL GROUP, INC.

We have turned to Quinn Emanuel on a number of our most significant and complex litigation matters, involving a broad array of issues in jurisdictions around the world. The firm has consistently responded with superior work, impeccable client service and tangible positive results.

**Michael W. Leahy**
*Deputy General Counsel*

---

## SONY CORPORATION OF AMERICA

We have engaged QE for some of our most important litigation matters and have always been impressed with their outstanding representation.

**Peter Toto**
*Vice President IP Counsel*

© 2015    |    Contact Us    |    All rights reserved. Attorney advertising. Prior results do not guarantee similar outcome.

## QUALCOMM

They are what they claim to be. They say they're trial lawyers, and they are. You can depend on the fact that these guys will have been in the courtroom multiple times.

**Don Rosenberg**
*Executive Vice President and General Counsel*

## GOOGLE

We have had great victories together.

**Catherine Lacavera**
*Head of Litigation*

## IAC

IAC looks to Quinn Emanuel for major litigation more than any other law firm, particularly in the IP area. The firm has deep talent at both the partner and associate levels. QE lawyers don't waste time, are strategic and practical thinkers, know how to try cases, and get us great results.

**Ed Ferguson**
*Vice President and Associate General Counsel*

## MBIA

The lawyers at Quinn Emanuel have outstanding skill, experience and expertise plus the ability to bridge legal and business considerations in crafting strategies and solutions. We consider them to be among our 'go to' litigators.

**Mitchell Sonkin**
*Executive Vice President and Chief Portfolio Officer*

## CISCO SYSTEMS, INC.

Our experience is that Quinn attorneys are skillful and effective advocates who can navigate strategically through a matter to drive it to early and favorable resolution, including early dismissals in a number of our cases.

**Mallun Yen**
*Former Vice President, Worldwide Intellectual Property*

## DEREK QUINLAN'S PRIVATE OFFICE

Quinn Emanuel has given us sterling service in an intense period of litigation lasting for several years… There have been a huge number of firms involved for the various parties in this litigation. Quinn Emanuel has outperformed all of them. We could not have had a better team advising us.

**Gerry Murphy**
*Head of Derek Quinlan's Private Office*

## ABC LEARNING CENTRES LTD AND LEND LEASE CORPORATION LTD

For the better part of a decade public companies I have been involved with have relied on [Quinn Emanuel partners] Michael Mills and Michelle Fox for some of our most important litigation, insurance advice and dispute resolution issues in Australia and the USA.

**David Ryan AO**

*Past Director and Chairman of ABC Learning Centres Ltd and current Director of Lend Lease Corporation Ltd*

---

## FRANCESCO SCAGLIA

David Gerger [of Quinn Emanuel] saved me when I had to prove my innocence. I could count on him always.

**Francesco Scaglia, after his acquittal**