# EXHIBIT 6

ETHICAL SCREEN LANGUAGE (Final 9/24/2014)

John Quinn, John Gordon, and Jeremy Andersen are Partners in our Los Angeles Office, and Noah Helpern and Jack Baumann are Associates in our Los Angeles Office.  Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann are currently or will be advising a client in a confidential matter adverse to Microsoft Corporation ("the Confidential Matter").  Based on our conflicts research, the Firm is currently adverse to Microsoft Corporation in the following other matters (collectively, "Microsoft Matters"):

| Text | Status | Client Name | Matter Name |
|---|---|---|---|
| Microsoft Corp and MSFT Licensing, GP | Open | Off. Comm. Unsec. Creds Lehman Bros Hdng, Inc. | Lehman Creditors' Committee |
| Microsoft | Open | Google Inc. | Microsoft v. Motorola/Google |
| Microsoft | Open | Motorola, Inc. | Microsoft v. Motorola (ITC-744 Action) |
| Microsoft | ClosedPdng | Yahoo! Inc. | MasterObjects, Inc. v. Yahoo!, Inc. |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'654 (Deluca) |
| Microsoft | Open | Google Inc. | Microsoft v. CBP and Motorola Mobility |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft - EP'667 (Krause) |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft - EP'654 (Deluca) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'384 (Wu) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'667 (Krause) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft -EP'521 (Guzik) |
| Microsoft Ireland Operations Ltd. | Open | Google Inc. | Google re Motorola / Microsoft - EP'384 (Wu) |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft -EP'521 (Guzik) |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft - Escalation |
| Microsoft | Open | Google Inc. | Google / Microsoft re Antitrust |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'891 (Shen) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - Escalation |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'124 |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'406 |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft - EP'384 (Wu) |
| Microsoft Ireland Operations Ltd. | Open | Google Inc. | Google re Motorola / Microsoft - EP'667 (Krause) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'343 |
| Microsoft Ireland Operations Ltd. | Open | Google Inc. | Google re Motorola / Microsoft - Escalation |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'540 (Reynolds) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'328 (Seaman) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'225 |
| Microsoft Deutschland GmbH | Open | Google Inc. | Google re Motorola / Microsoft - EC Investigation |
| Microsoft Ireland Operations Ltd. | Open | Google Inc. | Google re Motorola / Microsoft - EP'654 (Deluca) |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'956 (Padaver) |
| Microsoft Ireland Operations Ltd. | Open | Google Inc. | Google re Motorola / Microsoft - EC Investigation |
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EC Investigation |

| Microsoft | Open | Google Inc. | Google re Microsoft / Apple - EP'336 (Cudak) |
|---|---|---|---|
| Microsoft | Open | Google Inc. | Google re Motorola / Microsoft - EP'021 (Jain) |
| Microsoft | Open | Google Inc. | Microsoft v. Motorola |

Although the work that has been or will be performed by Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann in connection with the Confidential Matter is not substantially related to the Microsoft Matters, out of an abundance of caution, and to avoid any potential conflict and any possible appearance of impropriety, the Firm has implemented ethical screening procedures to ensure that: (a) Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann are walled off from any confidential information and documents arising out of, or otherwise related to, Microsoft Matters; and (b) that Firm personnel other than Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann (and non-attorney staff who receive security clearance to assist on the Confidential Matter after passing background investigations) are walled off from any confidential information and documents arising out of, or otherwise related to, the Confidential Matter. (The restrictions set forth herein on access to "confidential" information and documents are not intended to prevent consultation on billing, staffing, travel, or other non-substantive logistical issues or on publicly available information or documents.) The following procedures must be followed by all attorneys and staff of Quinn Emanuel:

1. All personnel are instructed not to discuss or share with Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann any confidential information or materials that relate in any way to Microsoft Matters. In addition, all non-attorney staff assisting on the Confidential Matter shall not use in connection with the Confidential Matter any confidential information or materials that relate in any way to Microsoft Matters.

2. Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann have been instructed not to discuss with anyone in the Firm any confidential information or materials that relate in any way to Microsoft Matters.

3. Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann have been instructed not to seek any confidential information or materials in the Firm's possession concerning Microsoft Matters. In addition, all non-attorney staff assisting on the Confidential Matter are instructed not to seek for use or use in connection with the Confidential Matter any confidential information or materials that relate in any way to Microsoft Matters.

4. All personnel (except for non-attorney staff who have received security clearance to assist on the Confidential Matter after passing background investigations) are instructed not to seek to obtain, directly or indirectly, any information from Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann concerning the Confidential Matter.

5. No Firm personnel other than Messrs. Quinn, Gordon, Andersen, Helpern, and Baumann (and other personnel who have received security clearance to assist on the Confidential Matter after passing background investigations) shall be provided access to any non-publicly available materials related to the Confidential Matter.