# EXHIBIT 16

## Gulas A M

**From:** Spatz William V
**Sent:** Friday, March 28, 2014 8:36 AM
**To:** Gulas A M
**Subject:** FW: Summons interview guidance

FYI.

-----Original Message-----
From: Gray Gary D
Sent: Thursday, March 27, 2014 5:15 PM
To: Schindler Frederick W
Cc: Zuba Kathryn A; Spatz William V; Christopher Charles B; Tonuzi Drita
Subject: RE: Summons interview guidance

Yes. Chris wants the temp reg and NPRM out by June 1, 2014. We'll be offering to have a briefing for OTP (at least the reviewer and Lisa) next week to bring them up to speed immediately. We'd include Tom Vidano and possibly others from LBI.

-----Original Message-----
From: Schindler Frederick W
Sent: Thursday, March 27, 2014 4:09 PM
To: Gray Gary D
Subject: Summons interview guidance

Assuming OTP is on board and a reviewer is assigned, will we be sending a draft over to them right away? Chris wants to discuss this project with Mark at the bi-weekly OTP/CIR/CC meeting on Tuesday.