# EXHIBIT 17

# Gulas A M

**From:** Gulas A M
**Sent:** Friday, May 30, 2014 1:16 PM
**To:** &PA Green 1; 'Tom Vidano, Linda Horowitz,'; Zarlenga Lisa (OTP); 'David.A.Hubbert@usdoj.gov'
**Cc:** &PA Green 2; 'Eileen.Shatz@usdoj.gov'; Gray Gary D; Spatz William V; Gulas A M; Witter Kirsten N; Conroy William F
**Subject:** FW: Greensheet Circulation-- REG-121542-14 & REG-121544-14, Summons Interview Regulations, IRC 7602 -- URGENT
**Attachments:** Executive Summary Greensheet Circulation 5-30-14.doc; Temp 7602 Greensheet Draft 5-30-14.doc; NPRM 7602 Xref Greensheet Draft 5-30-14.doc

Response due by **Wednesday, June 4, 2014**.

Target Publication Date: **June 11, 2014**

If you have received this email and attachments, it is because your name is on our list for distribution or you otherwise have an interest in this proposed published guidance.

The attached documents contain draft proposed and temporary regulations under I.R.C. § 7602 that authorize the IRS to (b)(5)DP

(b)(5)DP Also attached is an executive summary. Please review the documents and provide us with any comments that you may have by **COB June 4, 2014.** If your office does not have any comments, please send a negative response.

If you have any questions concerning this matter, please contact me, or William Spatz. Also, please contact me immediately if you believe your office will need additional time to respond.   Thank you.

A M Gulas
Senior Counsel, Branch 7
Procedure & Administration
202-317-5190

1

## EXECUTIVE SUMMARY FOR SUMMONS INTERVIEW REGULATIONS, REG-121542-14 & REG-121544-14

(b)(5)DP



b(5) DP

b(5) DP

b(5) DP

b(5) DP

b(5) DP

b(5) DP

b(5) DP

b(5) DP

b(5) DP