# EXHIBIT 19



Language ▾

Search

Practice Areas    Attorneys    The Firm    Careers    Contact

# Our Culture

WHY WORK HERE     **WHAT DISTINGUISHES OUR FIRM**

### Each year the firm hires:

- Recent law school graduates
- Judicial law clerks
- Laterals

OUR PHILOSOPHY

THE
## OPENING STATEMENT

At Quinn Emanuel you will not have to wait 8 to 10 years to do interesting work.

| YOU WILL MEET CLIENTS TO GIVE THEM ADVICE | YOU WILL GO TO COURT TO ARGUE | YOU WILL ATTEND DEPOSITIONS TO EXAMINE WITNESSES | YOU WILL COMPETE WITH YOUR ADVERSARIES |
|---|---|---|---|
| not to sit and listen | not to carry someone's bags | not to take notes | not other lawyers at the firm |

Some of the best trial lawyers in the country will show you how to become a master of the courtroom. If you believe you have the potential to do these things before your peers, Quinn Emanuel is the place for you. Every year, a new cadre of gifted young lawyers with their pick of job offers makes Quinn Emanuel their first choice.

THE
## EVIDENCE

**Click on a box below for more details.**

TRIAL LAWYERS, NOT JUST LITIGATORS     TRIAL LAWYERS, NOT BAG CARRIERS     WE WILL TRAIN YOU - REALLY

It is an open secret that very few big United States law firms try many cases anymore. Quinn Emanuel does. Unlike most large corporate firms, we do not litigate cases for years only to settle on the courthouse steps. We try lots of cases—and win them. See a representative list of our notable trials and settlements. We are frequently brought in at the eleventh hour to replace existing counsel before trial (after they fail to obtain summary judgment)

and in several cases even in the middle of trial. Once we took over a case three weeks into the trial—and won an



$80 million

verdict.

See a representative list of recent matters in which we have been substituted in as trial counsel.

© 2015                                    |  Contact Us   |  All rights reserved. Attorney advertising. Prior results do not guarantee similar outcome.

PRO BONO
WORK

THE QUINN EMANUEL
GLOBAL EXPERIENCE
PROGRAM

WOMEN
RISE TO THE TOP

BUILDING
FRIENDSHIPS

PARTNERSHIP
CONSIDERATION

COMMITMENT
TO DIVERSITY:
FACTS NOT PROMISES

THE

CLOSING STATEMENT

Each year we attract some of the best and brightest students from America's best law schools. They could go anywhere. Why do they choose us?

## Because we really are different.