# EXHIBIT 32

```
 1                MICROSOFT 200406 - 200606
 2                IRS EXAMINATION INTERVIEWS
 3
 4
 5
 6
 7
 8        Examination of ALLISON WATSON, taken on
 9        behalf of IRS, at 3301 157th Avenue NE,
10        Building 11, Redmond, Washington, 98052,
11        beginning at 3:01 p.m. and ending at
12        5:57 p.m., on September 24, 2014, before
13        LAURENE KELLY, Certified Court Reporter
14        No. 2835, CRR, RDR, CCP.
15
16
17
18
19
20
21
22
23
24
25  JOB No. 140924LKE(B)
                                                       1
```

```
 1  APPEARANCES:
 2  For the Commissioner:
 3          INTERNAL REVENUE SERVICE
            BY:  ROBERT M. RATCHFORD
 4          Attorney at Law
            200 West Adams Street, Suite 2400
 5          Chicago, IL 60606
            (312) 368-8774
 6          Robert.M.Ratchford@irscounsel.treas.gov
 7          INTERNAL REVENUE SERVICE
            BY:  ELI HOORY
 8          Special Projects Deputy
            1111 Constitution Avenue, N.W.
 9          SE:  LB:IN:TPO:M3-370
            Washington, DC 20224
10          (202) 515-4315
            eli.hoory@irs.gov
11
            INTERNAL REVENUE SERVICE
12          BY:  YU (CINDY) XU
            Tax Law Specialist
13          1220 SW Third Avenue, Suite G-044
            M/S: 0-146
14          Portland, OR 97204
            (503) 265-3699
15          yu.xu@irs.gov
16
    For IRS:
17
            INTERNAL REVENUE SERVICE
18          BY:  DANIEL LaVASSAR
            Attorney at Law
19          300 East 8th Street, Suite 601
            Austin, TX 78701
20          (206) 220-5572
21          INTERNAL REVENUE SERVICE
            BY:  WALTER CHOI
22          Team Manager
            915 Second Avenue
23          MS W134
            Seattle, WA 98174
24          (206) 220-5686
25
                                                    2
```

```
 1              QUINN EMANUEL
                BY:  JOHN S. GORDON
 2              Attorney at Law
                865 S. Figueroa Street
 3              10th Floor
                Los Angeles, CA  90017
 4              (213) 443-3613
                johngordon@quinnemanuel.com
 5
                DAVIS YEE
 6              Special Trial Attorney
                Office of Chief Counsel for IRS
 7              100 First Street, 18th Floor
                San Francisco, CA  94105
 8
                OVE HAXTHAUSEN
 9              DAN KUSNETZKY
                AARON GOLDBERG (via speakerphone)
10              DAN FRISCH (via speakerphone)
11
12  For Microsoft:
13              MICHAEL T. BERNARD
                U.S. Tax Counsel
14
                MOLLY VLAHOVICH
15              Director of Tax Controversy
16              BAKER & McKENZIE
                BY:  MIREILLE R. OLDAK
17              Attorney at Law
                815 Connecticut Avenue, NW
18              Washington, DC 20006-4078
                (202)835-6176
19              mireille.oldak@bakermckenzie.com
20              BAKER & McKENZIE
                BY:  PHILLIP J. TAYLOR
21              Attorney at Law
                815 Connecticut Avenue, NW
22              Washington, DC 20006-4078
                (202) 452-7082
23              phillip.taylor@bakermckenzie.com
24
25
                                                    3
```

```
 1              BAKER & McKENZIE
                BY:  SALIM R. RAHIM
 2              Attorney at Law
                815 Connecticut Avenue, NW
 3              Washington, DC 20006-4078
                (202)835-1658
 4
                BAKER & McKENZIE
 5              BY:  DANIEL ROSEN
                Attorney at Law
 6              452 Fifth Avenue
                New York, NY 10018
 7              (212) 626-4272
                daniel.rosen@bakermckenzie.com
 8
                BAKER & McKENZIE
 9              BY:  JAMES M. O'BRIEN
                Attorney at Law
10              300 East Randolph Street, Suite 5000
                Chicago, IL 60601
11              (312) 861-8602
                james.m.obrien@bakermckenzie.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                        4
```

```
 1                        I N D E X

 2                       EXAMINATION

 3

 4   ALLISON WATSON                                   PAGE

 5   BY MR. RATCHFORD                                    7

 6

 7

 8                        EXHIBITS

 9   NO.     DESCRIPTION                              PAGE

10   31 A    Memorandum dated April 25, 2005            60

11   84      LinkedIn printout                           9

12   90      eWEEK printout                             35
```

5

```
 1            Redmond, Washington; September 24, 2014
 2                   3:01 p.m. -  5:57 p.m.
 3
 4                      ALLISON WATSON,
 5   having been first duly sworn, was examined and testified
 6   as follows:
 7
 8           MR. RATCHFORD:  Please identify yourselves for
 9   the record.
10           I'm Robert Ratchford on behalf of the
11   Commissioner.
12           MR. HAXTHAUSEN:  Ove Haxthausen.
13           MR. HOORY:  Eli Hoory with IRS.
14           MR. KUSNETZKY:  Dan Kusnetzky, Kusnetzky
15   Group.
16           MR. GORDON:  John Gordon, Quinn Emanuel, for
17   the IRS.
18           MR. ROSEN:  Daniel Rosen, Baker & McKenzie.
19           MR. RAHIM:  Salim Rahim, Baker & McKenzie.
20           THE WITNESS:  Allison Watson, Microsoft.
21           MR. O'BRIEN:  Jim O'Brien, Baker McKenzie.
22           MS. VLAHOVICH:  Molly Vlahovich, Microsoft.
23           MS. OLDAK:  Mireille Oldak, Baker & McKenzie.
24           MR. TAYLOR:  Phil Taylor, Baker McKenzie.
25           MR. BERNARD:  Mike Bernard with Microsoft.
```

6

```
 1              MS. XU:  Yu Cindy Xu, IRS.
 2              MR. CHOI:  Walter Choi, IRS.
 3              MR. LaVASSAR:  Daniel LaVassar, IRS.
 4              MR. YEE:  Davis Yee for respondent IRS.
 5              MR. RATCHFORD:  Did you swear the witness?
 6              THE COURT REPORTER:  Yes, I did.
 7                  (Discussion held off the record.)
 8              THE WITNESS:  I swore.
 9                            EXAMINATION
10   BY MR. RATCHFORD:
11        Q.    Good afternoon.  Have you ever given sworn
12   testimony before?
13        A.    No.
14        Q.    Okay.  A few ground rules:  She's taking down
15   your testimony, and a lot of times and especially in a
16   conversation, we're sitting across the table, it's very
17   easy to nod your head, but it's not picked up or may not
18   be picked up on the transcript, so, if you could just
19   answer orally.
20        A.    Okay.
21        Q.    If you don't understand a question, please ask
22   me to rephrase it or restate it.  Is that fair?  If you
23   don't understand what I'm asking.
24        A.    Yes.
25        Q.    Okay.  If you answer the question and don't
```

7