# EXHIBIT 36

**Gulas A M**

| | |
|---|---|
| **From:** | Gulas A M |
| **Sent:** | Tuesday, May 14, 2013 4:21 PM |
| **To:** | Christopher Charles B |
| **Cc:** | Spatz William V |
| **Subject:** | RE: Summons regulation project |

Okay. [b(5) DP redacted]

| | |
|---|---|
| **From:** | Christopher Charles B |
| **Sent:** | Tuesday, May 14, 2013 4:14 PM |
| **To:** | Gulas A M |
| **Cc:** | Goldstein Richard S; Spatz William V; Goldman Richard G; Christopher Charles B |
| **Subject:** | RE: Summons regulation project |

I spoke to Gary. [b(5) DP redacted]
[b(5) DP redacted]; we can discuss the options then.

Charles B. Christopher
IRS, Office of Chief Counsel
Chief, Branch 7 (Procedure & Administration)
(202) 622-4570

| | |
|---|---|
| **From:** | Gulas A M |
| **Sent:** | Tuesday, May 14, 2013 3:37 PM |
| **To:** | Christopher Charles B; Colbert Deborah M |
| **Cc:** | Gray Gary D; Goldstein Richard S; Goldman Richard G; Spatz William V |
| **Subject:** | RE: Summons regulation project |

[b(5) DP redacted]

| | |
|---|---|
| **From:** | Christopher Charles B |
| **Sent:** | Thursday, May 09, 2013 5:51 PM |
| **To:** | Gulas A M; Colbert Deborah M |
| **Cc:** | Gray Gary D; Goldstein Richard S; Goldman Richard G; Spatz William V; Christopher Charles B |
| **Subject:** | Summons regulation project |

The summons reg project to allow outside experts to ask questions has been formally approved. Please do whatever is necessary to open a reg file and get the project on the PGP grid. As discussed, the matter is assigned to AM Gulas, with Bill Spatz as reviewer. A front office reviewer is TBD.

Charles B. Christopher
IRS, Office of Chief Counsel
Chief, Branch 7 (Procedure & Administration)
(202) 622-4570

1