

# ARTHUR ANDERSEN

Elizabeth Sahu

To: Distribution

From: Richard A. Gordon, OFTS

Date: April 8, 1999

Subject: Microsoft Singapore ROC - Royalty Rate

**PRIVILEDGED AND CONFIDENTIAL**
**PREPARED UNDER DIRECTION OF LEGAL COUNSEL**

This memorandum addresses the issue of a royalty rate to be paid by Microsoft's Regional Operations Center ("ROC") in Singapore for the right to reproduce and sell software products developed by Microsoft Corporation ("MS Corp.") in the United States. It is our understanding that, once operational, the Singapore ROC will replicate/reproduce and sell software products localized for the Far East markets in lieu of Microsoft and its subsidiaries in Japan, Korea, China, and Taiwan. An evaluation of the issue suggests that the Singapore ROC should pay a royalty rate between 35 percent and 45 percent on sales of finished software products. Within this range, the royalty rate to be paid depends on two factors: (1) the code of the software products, as either double-byte or single-byte software; and (2) the distribution channel of the products for Full Packaged Product ("FPP"), Microsoft Open License Product ("MOLP"), or Select software products.

This recommendation is based on the current royalty rate paid by Microsoft's Far East subsidiaries for the right to reproduce and sell software products in each entity's respective markets. Currently, Microsoft's Far East subsidiaries pay MS Corp. a royalty between 35 percent and 45 percent on sales of finished goods, depending on the software code and the distribution channel. This rate was developed through various CUP and CUTM analyses.

The 35 to 45 percent royalty rate paid by Microsoft's Far East subsidiaries is supportable under two different methods of comparable software licensing agreement analyses. The first method of analysis examined the implicit royalty rate paid by OEMs in the Far East for the right to reproduce, sell, and support Microsoft's proprietary products. These rights purchased by OEMs are essentially analogous to those that would be granted to the Singapore ROC. The prices that the OEMs pay MS Corp. expressed as a percentage of the average Far East distributor price is essentially the implicit royalty the OEMs pay for the right to reproduce and sell Microsoft software.

Specifically, the average price per software license by product family for products sold through the OEM channel was computed. These prices were compared to prices charged by Microsoft in the finished goods FPP distribution channel. The royalty rates derived from sales to OEMs in the Far East over the 1996-1997 period ranged from an interquartile minimum of 16.21 to a

**ARTHUR ANDERSEN**                                                                 2

Date:       April 7, 1999

Subject:    Microsoft Singapore ROC - Royalty Rate

maximum of 46.79 percent, with a median of 25.27 percent.[1] Note, however, that the average royalty rates (weighted by volume of license agreements and sales) are 40.06 percent and 53.96 percent, respectively. (See Attachment One for details of analysis) Thus, the proposed 35 to 45 percent royalty falls within an arm's-length range.

In addition, we also considered the royalty rates exhibited in software licensing agreements among unrelated (non-Microsoft) parties. To perform a CUTM analysis based on third-party agreements, we searched for comparable licensing agreements between (non-Microsoft) third-parties. The search attempted to identify agreements with terms that are similar to those in the arrangement between Microsoft and its affiliates. That is, these agreements should include terms relating to the licensing of rights to manufacture, reproduce, market, sell, distribute, and otherwise use proprietary software developed by third parties or the licensor of the agreement.

To identify comparable third-party agreements licensing the right to manufacture, market, and distribute proprietary software, one database containing publicly available information on U.S. companies was searched.[2] Such agreements are normally listed in the corporate exhibits section of public document SEC filings. The strategy employed in this search involved a combination of SIC code and keyword searches. Companies classified under relevant SIC codes and those with relevant keywords in their short descriptions of business and corporate exhibits were identified as potentially entering into such agreements.

To identify comparable third-party licensing agreements, a search for companies classified under the following SIC codes were identified:

    3695    Manufacture of Magnetic and Optical Recording Media
    5045    Wholesale Distribution of Computers and Computer Peripheral Equipment and
            Software
    5734    Computer and Computer Software Stores
    7371    Computer Programming Services
    7372    Prepackaged Software
    7373    Computer Integrated Systems Design
    7379    Computer Related Services Not Elsewhere Classified

---

[1] Prepared by Nancy Perks for the 1997 6662 study for MS Corp. It is not clear at this time if the OEM royalty rates for the Far East reflect exclusively double-byte software or if sales of single-byte software are included in the analysis.

[2] Agreements involving non-U.S. companies are not readily available to the public. Thus, a search for license agreements involving non-U.S. firms was not performed. This search was performed on Disclosure Inc.'s CompactD database. Searches for comparable firms in the United States were also performed since comparable firms could not be identified in the Far East.

Privileged and Confidential
Prepared Under Direction of Legal Counsel

**ARTHUR ANDERSEN** 3

Date: April 7, 1999

Subject: Microsoft Singapore ROC - Royalty Rate

The search was broadened to include companies with the following keyword in their short description of business: *Software?*. Next, the entire pool of firms identified was narrowed to include only those companies with one or more of the following keywords in their list of corporate exhibits: *Commission?, Distribut?, Duplicat?, License?, Manufacture?, Market?, Reproduc?, Sale?,* or *Sell?*

The search resulted in the identification of 500 firms with one or more agreements in their list of corporate exhibits. The short descriptions of the agreements listed for the 500 firms were reviewed to determine their potential comparability. The review resulted in 83 new agreement descriptions that indicate the licensing of the right to reproduce, distribute, and/or market software or similar products. The actual agreements were then reviewed in detail to confirm their comparability. Twelve comparable license agreements were identified in this search.[3]

In addition to the twelve new agreements, we included 63 previously identified license agreements in the set of comparable agreements for analysis. These 75 agreements license the right to manufacture, reproduce, market, distribute, or otherwise use software. Many of the agreements also specify the right to publish related manuals and other printed materials. Most of the agreements also indicate that the licensor provides a certain level of technical support, training, or other forms of assistance. None of the agreements, with the exception of one agreement, involve double-byte software.[4]

The interquartile range of royalty rates specified in software licensing agreements between third parties extended from a minimum of 20 percent to a maximum of 50 percent, with a median of 25 percent. These agreements, however, may not be exactly comparable to the licensing arrangement between MS Corp. and the Singapore ROC for several reasons. For example, these third party agreements stipulate that the licensor may provide extensive support, the licensee can receive installation or maintenance fees, the software may be large systems oriented, or the software is not double-byte software. The results, however, provide guidance with respect to the range of royalties paid by unrelated parties for the right to reproduce and sell software. (See Attachment Two for list of third-party licensing agreements)

---

[3] Note: License agreements were rejected for one or more of the following reasons: [1] they do not involve licensing the right to manufacture, market, and/or distribute software products; [2] they request confidential treatment of relevant licensing terms (such as royalty rates); or [3] insufficient information is available to determine their comparability.

[4] The agreement between Virtual Reality Laboratories (licensor) and A.I. Soft (licensee) involved the licensing of rights to reproduce and distribute box-top software in Japan. The licensee must localize the software into Japanese. The royalties specified in this agreement range from 18 to 26 percent (royalties decline as sales increase). While this agreement involves double-byte software, the licensee is responsible for bearing the cost and risk of localizing the licensor's software.

Privileged and Confidential
Prepared Under Direction of Legal Counsel

Date:      April 7, 1999

Subject:   Microsoft Singapore ROC - Royalty Rate

Finally, the royalty rates paid by MS Corp. to various unrelated third parties in 54 licensing agreements were examined. The interquartile range of these arrangements extended from a minimum of 6.6 percent to a maximum of 15 percent, with a median of 10 percent.[5] These agreements also may not be exactly comparable because many of the royalty rates are applied to finished products that incorporate the licensed product. For example, MS Corp. may enter into an agreement to license the right to use a Spanish language version of a dictionary that is incorporated into a finished application and the royalty payments are based on sales of the finished application.

The recommendation of a 35 percent to 45 percent royalty rate to be paid by the Singapore ROC to MS Corp. is based on the assumption that the royalty rates determined in the Far East OEM analysis reflect the same mix of software products that will be reproduced and sold by the Singapore ROC. The results of the Far East OEM royalty rate analysis may represent a mix of both double and single-byte software. In addition, while we did not address a profits based analysis in this memorandum, which should be prepared to consider the application of such a method for this transaction. We anticipate performing this analysis in conjunction with the 6662 documentation analysis, once the results of the first year of operations are available.

Attachments

Distribution:   Roger Newman, Microsoft Corporation
                Pat Harrell, Microsoft Corporation
                Tracy Neighbors, Microsoft Corporation
                Nancy Perks, Microsoft Ltd.
                Gerald M. Godshaw, Arthur Andersen LLP - OFTS
                J. Christopher Rice, Arthur Andersen LLP - Seattle
                Brett A. Weaver, Arthur Andersen LLP - Seattle
                Elizabeth J. Sidhu, Arthur Andersen LLP - Seattle
                Mark T. Campbell, Arthur Andersen - Tokyo

---

[5] Prepared by Microsoft for 1997 transfer pricing study.

Privileged and Confidential
Prepared Under Direction of Legal Counsel

Microsoft Corporation - Eastern Silo
Attachment One
Analysis of OEM Royalty Rates for Far East - 1996-1997

Return to INDEX

| Product Family | FY97 OEM MS Sales Amount | FY97 OEM MS Sales Licenses | FY97 Retail MS Sales Amount | FY97 Retail MS Sales Licenses | FY96 OEM MS Sales Amount | FY96 OEM MS Sales Licenses | FY96 Retail MS Sales Amount | FY96 Retail Sales Licenses | AVG Price Per Copy | Retail 2YR AVG Price Per Copy | OEM Royalty | ed Avg by Lic.Cou | Weighted Avg by Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creative Writer | | | | | 7,064 | 883 | 243,871 | 5,343 | 8.00 | 45.64 | 17.53% | 936 | 42,744 |
| Excel | | | | | 2,572,300 | 51,422 | 22,069,819 | 127,812 | 50.02 | 172.67 | 28.97% | 37,027 | 6,393,583 |
| Fine Artist | | | | | 174,110 | 42,203 | 212,465 | 4,730 | 4.13 | 44.92 | 9.18% | 434 | 19,514 |
| Golf | 28,077 | 10,741 | 665,543 | 9,466 | 275,623 | 65,507 | 3,095,156 | 41,140 | 3.98 | 74.31 | 5.36% | 2,712 | 201,566 |
| Lan Manager Client | 1,240 | 31 | 110,405 | 520 | 9,760 | 244 | 291,500 | 1,240 | 40.00 | 228.36 | 17.52% | 308 | 70,400 |
| Office | 1,528,540 | 11,758 | 52,309,324 | 197,958 | 1,225,900 | 9,430 | 52,337,497 | 188,514 | 130.00 | 270.77 | 48.01% | 185,547 | 50,241,360 |
| Powerpoint | 280 | 4 | 1,026,763 | 10,624 | 27,380 | 395 | 1,298,982 | 7,688 | 69.32 | 127.01 | 54.58% | 9,995 | 1,269,448 |
| SQL Server | | | | | 12,384 | 8 | 7,057,305 | 8,447 | 1548.00 | 835.48 | 185.28% | 15,651 | 13,075,956 |
| Video for Windows | 46,765 | 1,343 | 70,398 | 650 | 145,785 | 4,488 | 383,980 | 3,173 | 33.02 | 118.85 | 27.78% | 1,062 | 126,242 |
| Windows | 28,350,602 | 1,112,969 | 2,507,049 | 27,393 | 73,750,604 | 3,259,262 | 4,494,867 | 44,383 | 23.35 | 97.55 | 23.94% | 17,182 | 1,676,127 |
| Windows 95 | 354,013,399 | 6,842,635 | 15,871,078 | 155,932 | 150,032,592 | 3,318,010 | 12,333,556 | 89,374 | 49.61 | 114.98 | 43.15% | 105,839 | 12,169,061 |
| Windows NT Server | 11,967,129 | 29,211 | 62,628,628 | 117,816 | 6,833,995 | 16,945 | 14,336,137 | 23,499 | 407.34 | 544.63 | 74.79% | 105,692 | 57,563,066 |
| Windows NT Workstati | 12,878,377 | 109,898 | 32,166,997 | 184,425 | 3,279,414 | 21,509 | 8,622,756 | 45,047 | 122.96 | 177.75 | 69.17% | 158,735 | 28,215,853 |
| Word | 1,749,265 | 274,843 | 5,910,234 | 88,622 | 1,481,919 | 215,469 | 5,184,957 | 45,888 | 6.59 | 82.49 | 7.99% | 10,746 | 886,429 |
| Works | 5,791,331 | 415,896 | 840,130 | 19,838 | 7,711,354 | 595,085 | 3,272,276 | 57,962 | 13.36 | 52.86 | 25.27% | 19,658 | 1,039,099 |
| Macro Assembler | 210 | 3 | 100,633 | 374 | 1,120 | 16 | 201,936 | 659 | 70.00 | 292.90 | 23.90% | 247 | 72,310 |
| Professional C | 1,820 | 26 | 630,557 | 1,187 | 5,460 | 78 | 1,743,468 | 2,984 | 70.00 | 569.17 | 12.30% | 513 | 291,970 |
| Visual C++ Standard | 2,880 | 64 | 4,874,586 | 33,202 | 9,855 | 219 | 997,032 | 3,235 | 45.00 | 161.14 | 27.93% | 10,175 | 1,639,665 |
| Windows SDK | | | | | 25,150 | 503 | 215,649 | 1,079 | 50.00 | 199.86 | 25.02% | 270 | 53,950 |
| MS Plus! | 548,957 | 132,163 | 7,778,353 | 211,649 | | | | | 4.15 | 36.75 | 11.30% | 23,921 | 879,112 |
| MS-DOS | 5,843,266 | 380,612 | 334,548 | 5,626 | | | | | 15.35 | 59.46 | 25.82% | 1,452 | 86,372 |
| | 422,752,137 | 9,322,197 | 187,825,225 | 1,065,282 | 247,581,769 | 7,601,676 | 138,393,210 | 702,197 | | | | 708,103 | 176,013,827 |

| | | |
|---|---|---|
| Weighted Average | 40.06% | 53.96% |
| Minimum | 5.36% | |
| 1st Quartile | 16.21% | |
| Median | 25.27% | |
| 3rd Quartile | 46.79% | |
| Maximum | 185.28% | |

Privileged and Confidential
Attorney-Client Work Product

EY-MC-WP-APAC-001144
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Group 1 Software Inc. | Kingly Computer Corp. Ltd. | Computer software products | Right to reproduce and sublicense software products to end-users for internal purposes | Master copy (in source code); technical information package; and corrections, modifications, improvements and enhancements | 9/7/89 2 years & 3 months, year to year thereafter | United Kingdom | 50% of license and maintenance fees in the fee list | Not discussed | Not discussed | Will provide camera-ready copies of promotional material | Will conduct diligent advertising and promotion | Will provide sales and technical training for up to 5 employees for Licensee |
| 2 | American Express Intl. Banking Corp. | TSR Inc. | Computer software system for data processing | Right to reproduce, market, distribute, and license the product to end-users | Object codes, source codes and tables; and documentation (specifications, operator manuals, and instructions) | 3/21/85 6 years | United States and other territories, as authorized | Initial fee is $1,020,000 plus royalty of 10% of sum of license fee and any other fee charged to end-users | Not discussed | Not discussed | No obligation to maintain or support the product | Responsible for marketing and distribution | Not discussed |
| 3 | G.P. Systems Corp. | Unicomp Inc. | Trak Management System program | Reproduce software, print copies of documentation, market, distribute, and modify program | Source code, object, series of instructions or statements and all updates, enhancements, modifications, new versions or releases, and related documentation | 1/28/86 | Worldwide | After first 25 licenses, the royalty will be 25% of all amounts paid to Licensee by Qualified Dealers | Not discussed | Not discussed | Not discussed | Will exercise best efforts to establish and maintain a distribution system through Qualified Dealers; furnish annual report on its marketing efforts | Will respond to questions by telephone and fix bugs in the program (for the 1st year) |
| 4 | Group 1Software Inc. | Kingly Computer Corp. Ltd. | Computer software products | Right to reproduce and sublicense the software products to end-users for internal purposes | Master copy (with source code) for reproduction; technical information package; and corrections, modifications, improvements, and enhancements | 2/1/89 18 months if exclusive, 1 year from date of non-exclusivity (and year to year thereafter) if non-exclusive) | Australia and New Zealand | 50% of license and maintenance fees in the fee list (Licensee not obligated to charge according to list) | Will provide "Reasonable" sales and technical support by phone or fax | Will provide installation, technical support, problem resolutions, training, and assistance | Will provide camera-ready copies of promotional material | Will conduct diligent advertising and promotion | Will provide sales and technical training for up to 5 Licensee employees; additional training charged at current rates |
| 5 | Guardian Educational Systems Ltd. | Delta Management Systems Inc. | Database management software | Right to sublicense programs in machine-readable form; to use support materials (specifications, manuals) to maintain and support programs; to translate, update, and modify programs | Support materials (human-readable program listings, flowcharts, logic diagrams, manuals, specifications, instructions and other materials), licensed programs in source code format | 3/21/90 (term not addressed) | Not discussed | 20% royalty on net license price for programs sublicensed, annual maintenance fees received, support revenue, and hardware commissions | Not discussed | Not discussed | Not discussed | Not discussed | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001145
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | INSCI Corp. | Bull HN Information Systems Inc. | COINS software | Right to use and sublicense to distributors; to use the software (including for internal use); to market, copy, display, distribute and demonstrate products | Computer programs (including object code on magnetic media and in human readable form, including improvements, enhancements, upgrades and revisions); information relating to the installation, design, use, testing, debugging; patent rights, trademarks | 10/21/91 1 year with automatic 1 year renewals | Worldwide | Fee = $39,000; Bull will pay to INSCI 60% of list price for all products sold | INSCI will train Bull in use of software | Not discussed | INSCI will provide marketing cooperation and assistance to Bull in countries in which INSCI has operations | Bull HN will make reasonable marketing efforts and may use INSCI trademarks | INSCI will provide maintenance services (fixing problems), updates and enhancements. |
| 7 | Intergraph Holding Gmbh | Control Data Systems, Inc. | Computer-aided design software system | Non-exclusive right to use, modify, update, and reproduce the product; right to sub-license; right to distribute the product | Object code form; related end-user documentation; updates (improvements and corrections); and database definitions and application program interfaces. | 1/1/93-12/31/97, or until terminated or abrogated | Worldwide | Royalty: 40% of Local list price (60% discount); VW Group royalties are German list price less 50%; Sublicenses, maintenance fees, and updates: 50% of revenues; Annual maintenance fees are $30,000 for each product line | Will continue to develop products and product platforms | Not discussed | Both parties will market the products under their own names and in free competition with certain restrictions; will provide marketing materials and support at no cost at Licensee's request | Both parties will market the products under their own names and in free competition with certain restrictions | Will train Licensee on use of products at no charge for one training class; thereafter, training will be at Licensee's request and cost; will provide relevant documentation and manuals |
| 8 | Management Technologies, Inc. | Global Financial Systems, Inc. | ManTec System, a computerized banking system | (As amended) Right to market, sublicense, install, implement, modify and develop the products; Right to grant rights to a sub-agent; Right to copy software for distribution and development purposes [Non-Exclusive] | Master copy including object codes, source codes and data models and modifications and enhancements; use of trademarks; and user reference manuals | 5/28/91 perpetual, until terminated or abrogated | Europe, Asia, Middle East, Africa, Australia, South and Central America, and Canada [Exclusive license in certain Eastern European countries is granted in amendment] | 50% of all license revenues less commissions and fees (Royalty will be reduced to 10% in the event of the Licensor's bankruptcy) | May continue to develop products and provide these products to the Licensee. Both parties will negotiate the royalties to be paid for future updates. Both parties are responsible for support and maintenance on the products they have and are developing | Both parties are responsible for support and maintenance on the products they have and are developing | Will market the products in all regions. Will provide reasonable sale support and promotional materials to Licensee | May market the products only in the Territory using the Licensors tradenames and marks in connection with the products | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001146
Confidential Treatment Requested by Ernst & Young LLP

7

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Music Technology Associates | Midisoft Corp. | Computer software | Right to reproduce, market and distribute software; and publish manuals | Demonstration sample and one copy of master disk (in executable code only) and one copy of master documentation (hard copy and on disk) | 8/4/92 2 years with automatic one year renewals | Worldwide | Royalty = the greater of (1) 25% of net sales; (2) 25% of portion of net sales accounted for by Music Tech. products; or (3) $2.00-$2.50 per unit | Music Tech. will repair any defects in source code, data or other product contents and will provide on-site training to Midisoft for customer support | Midisoft will provide all end-user support for products | Not discussed | Determined solely by Midisoft | Not discussed |
| 10 | Robert Woodhead Inc. | HJC Software Inc. | Virus detection software | Right to manufacture, publish, use, reproduce, display, market, sell, lease, or transfer copies of software | Source code, documentation, master copy, includes updates to program by Licensor | 9/29/88 - 9/29/92 (with optional 4 year renewal) | Worldwide | 10% (net revenues) | RWI will provide error correction and updates | Not discussed | Not discussed | Not discussed | Not discussed |
| 11 | Ross Greenberg @ Software Concepts Design | Microcom, Inc. | Computer virus detection and elimination program | Right to manufacture, publish, use, reproduce, display, market, sell, lease, or transfer. Includes right to modify software and to sublicense | Source code, documentation (manual, specifications, ancillary materials), flow charts, other specifications | 9/30/92 - perpetual | Worldwide | Fee = $105,000; Royalty = 7.5% of sales ($0-$7.5 million annual sales); or 6% (>$7.5 million annual sales) and 15% of revenue from OEM arrangements with third parties (who will bundle this software with other products) | Will be available for consultation and development assistance on updates | Not discussed | Not discussed | Determine solely by Licensee | Not discussed |
| 12 | RossData Corp. | George Koukis | Business related software | Right to use and modify software for customization purposes; reproduce and apply Ross' copyright, trademark, and other proprietary notices; support software | Source code and object code, documentation, all updates, copyright and trademark (solely in connection with marketing and distribution) | 3 years | Australia, Korea, Hong Kong, Peoples Republic of China, Taiwan, Guam, Philippines, Sigapore, Malaysia, India, Indonesia, and Thailand | 60% of list price per copy; 35% of list price for maintenance | Will provide unlimited telephone support services w addtl. training/support services at current rates, will provide bug fixes | Will provide maintenance and support to its customers | Not discussed | Must use best efforts to realize maximum sales potential | Training and support services at current rates, will provide bug fixes |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001147
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/ Term | Territory | Royalty or Payment | End-User Support Services | | Marketing/Promotion | | Training/Internal Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | By Licensor | By Licensee | By Licensor | By Licensee | By Licensor |
| 13 | Ross Systems Europe N.V. | Sofiter S.P.A. | Business related software | Right to reproduce object and source code copies; sell software; and modify software for localization purposes | Documentation; source code and object code; use of trademark; modifications, additions, or changes; may use trademark for advertising | 12/10/92 3 years | Italy, Vatican City, Republic of San Marino | 40% of net sales for first $100,000 net sales; 50% net sales thereafter | Will provide unlimited telephone support services | Will provide technical support, customer service and demonstrations to prospective customers; perform localization functions (translations of software and documentation) | Marketing and sales literature, provided at cost plus shipping | Must use best efforts to realize maximum sales potential | At request of Licensee and cost borne by Licensee, Licensor will provide technical and/or sales training, support and other related services |
| 14 | Ross Systems Europe N.V. | Computer Network Systems | Business related software | Right to reproduce products for purpose of distribution to end-users and to provide localization of software products | Software products in source code and object code format; documentation, updates, use of trademark | 6/27/91 3 years with optional one year renewals | Exclusive in United Arab Emirates; non exclusive in Saudi Arabia, Kuwait, Oman, Bahrain, Egypt, Quator | 50% of list price per copy (except where multi-site or multi-systems discounts apply); 50% of list price for maint. fees | Will provide unlimited phone support to licensee free of charge; w addl. training/support services at current rates | Will provide all localization services for converting software, documentation and training manuals to local languages; technical support, customer service, demonstrations, maintenance; shall employ sufficient technical staff | Will provide marketing and sales literature | Shall employ sufficient sales personnel | Will provide non-phone training to licensee, charged hourly |
| 15 | Ross Systems Europe N.V. | Audihispania Consultores S.A. | Business related software | Right to reproduce products for purpose of distribution to end-users and to provide localization of software products | Software products in source code and object code format; documentation, updates, use of trademark | 4/11/91 5 years with optional 1 year renewals | Spain and Portugal | 50% of list price per copy (except where multi-site or multi-systems discounts apply); 50% of list price for maintenance fees | Will provide unlimited phone support to licensee free of charge, with additional training/support services at current rates | Will provide all localization services for converting software, documentation and training manuals to local languages; technical support, customer service, demonstrations, maintenance; shall employ sufficient technical staff | Will provide marketing and sales literature | Shall create a separate division dedicated to the sale of products; shall actively promote and provide sufficient staff | Yes, separately charged |
| 16 | Virtual Reality Laboratories | A.I. Soft | Distant Suns Vista Pro/J Distant Suns/J | Use, reproduce, sell and distribute Japanese version; Licensee will translate into Japanese and test final product | Software code and trademarks | 1/1/95 3 years | Japan | 0-2,000 units = 26% -4,000 units = 24% -6,000 units = 22% -8,000 units = 20% -10,000 units = 19% >10,000 units = 18% Base = Licensee sales | Not discussed | Licensee is primarily responsible for end-user support | Not discussed | Not discussed | Licensor will provide technical support to Licensee |
| 17 | Jean Ames & Lance Woeltjen | Virtual Reality Laboratories | Formbuster | Reproduce, distribute and market products; may modify source code | Object code, source code and user's manual; enhancements | 7 years | Worldwide | 15% of gross receipts | Not discussed | Not discussed | Licensor will provide marketing or economic data to enhance sales | Licensee determines marketing, pricing and trade name of products | Licensor will repair errors in software; if Licensor does not correct errors, Licensee may correct |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001148
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Hypercube Engineering | Virtual Reality Laboratories | Fractal Flights Vista | Reproduce, distribute and market products; may modify source code | Object code, source code and user's manual; enhancements | 7 years | Worldwide | <$1,000,000 gross sales = 15% >$1,000,000 gross sales = 20% | Not discussed | Not discussed | Licensor will provide marketing or economic data to enhance sales | Licensee determines marketing, pricing and trade name of products | Licensor will repair errors in software; if Licensor does not correct errors, Licensee may correct |
| 19 | Michael Smithwick | Virtual Reality Laboratories | Galileo (English and German versions only) | Reproduce, distribute and market products; may modify source code | Object code, source code and user's manual; enhancements | 5 years | Worldwide | <2,000 units = 15% -4,000 units = 20% >4,000 units = 25% Base = gross receipts (minimum royalties) | Not discussed | Not discussed | Licensor will provide marketing or economic data to enhance sales | Licensee determines marketing, pricing and trade name of products | Licensor will repair errors in software; if Licensor does not correct errors, Licensee may correct |
| 20 | Forest Rim Technologies | Prism Solutions | Data Models for specific industries | Reproduce, sell and use products | Diskette for prefabricated data models, hard copy schematic diagrams of data models and modifications | 5 years | Not discussed | 50% of gross sales up to specified maximum amount net of tariff, duty, taxes and authorized development expense | Not discussed | Not discussed | Not discussed | Licensee is responsible for packaging and marketing materials | Licensor will provide updates and modifications to software |
| 21 | Cambridge Technology Group | Open Environment | ODE Software Tools | Use, duplicate and sublicense product | Source code, object code and trademarks | 1/1/93 5 years | Worldwide | 1% of net revenues, net of commissions, shipping, insurance, taxes, | Not discussed | Not discussed | Not discussed | Not discussed | Not discussed |
| 22 | Interactive Multimedia | Sports Associates | Blood Bowl v1.0 | Use, develop, publish, manufacture, market and distribute product | Source code, artwork, computer graphics, statistical analog | 3/2/95 3 years | Worldwide | 10% of net cash receipts (up to $625,000 in royalties), 7.5% of net cash receipts (up to $750,000 in royalties), 5% | Not discussed | Not discussed | Not discussed | Marketing will be conducted in accordance with reasonable commercial efforts | Not discussed |
| 23 | Interactive Multimedia | Sports Associates | MicroLeague Baseball v5.0 | Use, develop, publish, manufacture, market and distribute product | Source code, artwork, computer graphics, statistical analog | 3/2/95 3 years | Worldwide | 10% of net cash receipts (up to $625,000 in royalties), 7.5% of net cash receipts (up to $750,000 in royalties), 5% | Not discussed | Not discussed | Not discussed | Marketing will be conducted in accordance with reasonable commercial efforts | Not discussed |
| 24 | Resource Center Enterprises | National health Enhancement Systems | Health Risk Appraisal Software | Use, modify and sublicense product | Source code | 5/22/87 2 years | Not discussed | 50% of sublicense fees; 10% of fees collected by Licensee for customer form processing | Licensor will provide technical assistance to Licensee's customers | Not discussed | Not discussed | Licensee will use best efforts to market software at its sole discretion | Licensor will develop and provide data input format specifications, modifications, and technical support to |
| 25 | Compusolve | Hospitality Management Systems | HMS and RSVP computer programs | Reproduce, manufacture, distibute, transfer, enhance, modify and develop | Object, source and machine code, system, support and user manuals, master copy of program, marketing materials | 7/14/89 perpetual | Worldwide | 5% of net price less royalties, taxes, discounts, returns and bad debts | Not discussed | Not discussed | Licensor will provide marketing materials, customer lists | Not discussed | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001149
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Hugh Haggerty | Sukus Computer | Personal Injury program | Use, sell, market, license, sublicense, reproduce, manufacture, distribute, transfer, enhance, modify and further develop product | Source, object and machine code, all documentation including end-user manuals; updates; trademarks and trade names | 12/23/88 99 years | Worldwide | First two years, flat fees; 10% on net invoiced amount | Not discussed | Not discussed | Licensor will train Licensee's marketing and sales employees for first year; Licensor will provide telephone consulting for second year | Not discussed | Licensor will train Licensee's trainers and programmers for first year; Licensor will provide telephone consulting for second year |
| 27 | San Francisco Legal Systems and Christopher Visher | Sukus Computer | Evidence Master | Use, sell, market, license, sublicense, reproduce, manufactures, distribute, transfer, enhance, modify and further develop product | Source, object and machine code, all documentation including end-user manuals; updates; trademarks and trade names | 11/16/88 99 years | Worldwide | 20% of gross sales price; after 5 years, 0 royalties | Not discussed | Not discussed | Licensor will provide initial support for five days; will assist Licensee for 1 year after | Not discussed | Licensor will provide initial support for five days; will assist Licensee for 1 year after |
| 28 | Inference | Limbex | Computer software | Use, copy, distribute, transmit, publicly display, modify and create derivative works | Tape version | 5/9/95 perpetual | Worldwide | Flat fees for first 2.5 years plus 3% of net revenues (up to $2,000,000 for products incorporating software); 4% of net revenues (up to $3,000,000); then royalty free | Not discussed | Not discussed | Not discussed | Not discussed | Not discussed |
| 29 | Inference | Brightware | CBR and Casepoint software | Manufacture, use and sublicense products | Binary code, reference manuals and improvements; trademarks | 5/1/95 3 years | U.S., Canada and Mexico | 50% of net revenues | Licensor provides 30 day end-user support; Licensor will provide Licensee forms for customer support programs; Licensor will compensate Licensee for selling such programs | Licensee will market Licensor's customer support program | Licensor will provide samples of sales and promotional materials | License is responsible for all marketing activities | Not discussed |
| 30 | Brightware | Inference | ART, ART-IM, ART* Enterprise (Development, client production and server production version) | Manufacture, use and sublicense products | Binary code, reference manuals and improvements; trademarks | 5/1/95 3 years | (Exlusive) U.K., Austria, Germany and Switzerland; (Non-exclusive) rest of world exc. Canada, Mexico and U.S. | Initially, 40% of net revenues; then 50% of net revenues (minimum royalty requirements); plus 16%-25% of maintenance fees | Licensor provides secondary customer support | Licensee provides primary customer support and training | Licensor will provide samples of sales and promotional materials | License is responsible for all marketing activities | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001150
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Brightware | Inference | ART, ART-IM, ART+ Enterprise (Development, client production and server production version) | Manufacture, use and sublicense products | Binary code, reference manuals and improvements; trademarks | 5/1/95 3 years | Canada, Mexico and U.S. | 50% of net revenues plus 20% of customer training fees | Licensor provides 30 day end-user support | Licensee will market Licensor's customer support program | Licensor will provide samples of sales and promotional materials | Licensee is responsible for all marketing activities | Not discussed |
| 32 | Harbinger EDI Services | Sprint International Communications | Switch software | Use, copy and sublicense product; can sell under own trademarks | Object code and related documentation; has option to license source code and trademark | 7/27/90 | U.S. and Canada | <$4,000,000 = 40% >$4,000,000 = 35% plus maintenance fees and Licensor service fees | Licensee will provide assistance as needed | Licensee provides primary support to customers | Licensor will provide marketing materials | Licensee will conduct adequate promotional activities | Licensor will provide all support to Licensee |
| 33 | Criterion Health Strategies | Healthdyne Information Enterprises | COPPS Console, Survey Tool and Information Warehouse | Market, sublicense, install and support products | Object code and updates | 12/4/95 | Worldwide | 60% of the greater of the specified sublicense fee or the actual sublicensee fee paid | Licensor provides second-level maintenance support | Licensee provides all maintenance support | Licensor will provide marketing materials; has right to review and authorize Licensee's marketing materials | Licensee will conduct adequate promotional activities | Not discussed |
| 34 | BancA | Hogan | Power 1 (v5.1.3 or later, IBM) | Market, use and sublicense | Source and object code and related documentation; updates | 2/28/91 - 12/31/92 | Not discussed | 50% of applicable base license or maintenance fees; plus fees for sales of professional services | Licensee will provide assistance as needed | Licensee is responsible for providing end-user support | Licensor will cooperate with Licensee in all marketing matters; will provide copies of marketing | Licensee will cooperate with Licensor in all marketing matters | Licensor will provide extensive training |
| 35 | Pacific-Sierra Research/Typologics | Cray Computer | Vast-2 | Sublicense, use, reproduce product | Object code | 9/20/89 - 1/1/2009 | Worldwide | Greater of fixed sublicense fees or 50% of sublicense fees if product is separately priced | Licensee will provide assistance as needed | Licensee is responsible for providing first-line maintenance | Not discussed | Not discussed | Licensor will provide updates and maintenance to Licensee |
| 36 | Chyron/Aurora Systems | Softimage | Liberty (2D computer software) | Sublicense, duplicate | Object code, documentation and updates | 2/3/93 | Worldwide | Lesser of 50% of Licensor's list price or $8,500 | Not discussed | Licensee is responsible for providing maintenance and support service | Licensor will provide marketing materials as needed | Licensee is responsible for marketing and soliciting customers | Licensor will provide technical documentation as needed |
| 37 | Comunicacion Integral Consultores | Chyron | Jaleo Composite (v1.6 and later), Jaleo Edit (v1.1 and later) | Copy, distribute, promote and market product; develop graphical interface and porting | Master tape, documentation and updates | 9/22/94 - 12/31/97 | Worldwide, except Spain | Minimum royalties plus 45% of net sales for 1995 and 1996 and 50% of net sales for 1997 | Not discussed | Licensee is responsible for providing product support | Licensee will provide assistance as needed | Licensee is responsible for marketing product | Licensee will provide assistance as needed; Licensor will prepare and design all documentation and packaging |
| 38 | Byron Preiss | Macmillan Publishers | Interactive multimedia software | Manufacture, sell and distribute | Master copy | 12/2/96 5 years | U.K. and Ireland | 25% of net receipts | Not discussed | Not discussed | Licensor will provide copies of publicity material | Licensee is responsible for marketing product | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001151
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | Corbel & Co./ Total Administrative Benefit Systems | Fidelity Investments Institutional Services | Quantech software | Use, reproduce, modify, display, distribute, create derivative works of product | Object and source code and documentation | 4/10/96 perpetual | Worldwide | Lesser of $25,000 or 25% of license fees (for two years) | Not discussed | Not discussed | Not discussed | Not discussed | Licensor will provide training and advisory services |
| 40 | Atari Games/ Time Warner Interactive | New World Interactive | Primal Rage PC CD-ROM | Localize, manufacture and distribute products; Licensor must approve manufacturing | Object code and trademarks | 8/25/95 - 7/31/98 | Mexico, Central America and South America | Per unit royalties until 10,000 units are sold; then 35% of Licensee wholesale price plus $1.00 per blank CD | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product | Not discussed |
| 41 | Ringling Multimedia | New World Interactive | Let's Pretend... Our World is a Playground software | Translate (into Spanish and Portuguese) and market product | Object code, artwork, sounds, voice script, updates | 1/16/96 3 years | Geographical areas viable for sales of products | 20% of invoice price for retail and OEM sales as adjusted for returns, restocking and credits (minimum royalty | Not discussed | Not discussed | Not discussed | Not discussed | Licensor will review localized product |
| 42 | Mindscape | New World Interactive | Renegade | Translate (into Spanish), use, develop, reproduce, perform, display, distribute, market and publish product | Source code, trademarks | 3/30/95 2 years | Central and South America and Mexico | Greater of $5 per unit or 20% of gross revenues | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product | Licensor will provide technical assistance by telephone |
| 43 | HyperQuest | New World Interactive | Astronomika CD ROM | Localize (into Spanish and Brazilian Portuguese), replicate, package and distribute product | CD-ROM and trademarks | 4/19/95 2 years | Mexico, Central and South America including Brazil | Minimum fixed fees plus 30% royalties for first three months; then until 3/31/97, 20% of gross retail revenues; 30% of revenues to OEMs less replication costs | Not discussed | Licensee provides support to end-users of product | Licensor must review all marketing materials before use | Licensee is responsible for marketing and promoting product | Licensor will provide technical and maintenance support as needed |
| 44 | Time Warner Interactive | New World Interactive | Thumbelina and Rise of the Robots | Localize (into Spanish and Portuguese), manufacture and distribute product | Software code and trademarks | 2/17/95 - 5/31/98 | Mexico, Central and South America | Per unit royalty up to 7,000 units; then 25% royalty of Thumbelina revenues; 30% of Thumbelina OEM | Not discussed | Licensee provides support to end-users of product | Not discussed | Licensee is responsible for marketing and promoting product | Not discussed |
| 45 | Software Toolworks | Ezcony International | Megarace | Use, translate (into Spanish), prepare derivative works, reproduce, display, perform, distribute and market product | Source code and trademarks | 3/31/94 2 years | Mexico, Central and South America | Greater of $2 per unit or 20% of gross revenues; 50% of sublicense fees (no less than $2 per unit) | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001152
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Time Warner Interactive Group | Excony International | Hell Cab | Translate, manufacture, distribute | Object, documentation, trademarks | 4/25/94 3 years | Mexico, Central and South America | Greater of $7.50 per unit or 25% of net receipts plus $1.13 for CDs purchased from Licensor | Not discussed | Not discussed | Not discussed | Not discussed | Not discussed |
| 47 | Software Toolworks | Excony International | World Atlas MPC (v5.0) | Translate, reproduce, market and publish onto CD-ROMs | Source code, documentation and trademarks | 6/3/94 2 years | Mexico, Central and South America | Greater of $2 per unit or 20% of gross revenues; 50% of sublicense fees (no less than $2 per unit) | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product | Not discussed |
| 48 | Pixel Perfect | New World Interactive | Home Medical Advisor (including Pro version) | Localize, publish, manufacture, copy, market and sell product | Executable files, documentation and trademarks | 8/10/94 2 years | Mexico, Central and South America | For first two years, $10 per unit; then 20% of sales (no less than $6) | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product; at least 10% of net profits must be devoted to marketing | Not discussed |
| 49 | Tangram Systems | Systems Center | AM:PM, Arbiter components and add-ons | Lease, license, market, distribute and support on stand-alone basis or with other products | Object code, documentation and trademarks | 9/9/92 4 years | Worldwide | 30% of net license revenue on first $4 mil of net license revenues and 20% of net revenues over $4 mil | Licensor will provide first and second level support for U.S. and Canadian customers and third level support to all customers | Licensee is responsible for first and second level support | Licensor will provide sales and marketing support | Licensee is responsible for marketing of product; Licensee will offer employment to no more than 14 of Licensor's sales representatives | Licensor will provide training and modifications to product |
| 50 | Take-Two Interactive Software, Inc. | Mindscape, Inc. | Software games and titles | Sell, promote, distribute, manufacture, and otherwise exploit the products | Video game software, trade names, trademarks, all artwork, textual material, and other materials related to the products | 12/27/96 2 years | United States, Canada, and their respective territories and possessions | Between 20% - 60% of Licensee's net receipts | Licensor will provide technical support to end-users of the products | Not discussed | Licensor will provide all packaging design, public relations, and marketing for all products in consultation with licensee | Licensee will implement co-op advertising programs devised by the Licensor, Licensee is responsible for other marketing activities | Licensor will provide licensee technical support and assistance regarding the products |
| 51 | QuadraMed Corporation | Learned-Mahn, Inc. | Contrac, a healthcare application software | Perpetual non-exclusive license to incorporate software into Licensee's products | Software, source code, and documentation, as well as subsequent versions. | 11/1/1994 Perpetual | U.S. except in the states of New York, Maryland, Pennsylvania and New Jersey. | 20% after the first 23 units sold | Licensee shall be billed by Licensor based on hourly rates for implementation support | Licensee shall be responsible for maintenance, technical support, and training of customers utilizing the LMMC module, latest and subs | Marketing materials may be provided by Licensor personnel; however, Licensee may develop its own marketing materials as long as LMMC is referenced to as a product of Licensor | Not discussed | Licensor shall provide direct support to Licensee for first 3 installations of the LMMC software at Licensee's client sites; Licensor will also provide reasonable second level technical assistance |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001153
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services | | Marketing/Promotion | | Training/Internal Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | By Licensor | By Licensee | By Licensor | By Licensee | By Licensor |
| 52 | Personalized Programming | Systems Plus, Inc. | Computer software known as Medical Manager and any updates, upgrades and new versions of such program | Exclusive license to sublicense, use, reproduce, and distribute copies of the Program and of the Manual and other marketing materials and brochures | Object code, source code, manual, other documentation | 11/15/82 and continue for two years with an automatic year-to-year extension. | Worldwide | 25% of sale to dealers and distributors; 35% of sales to "large contractual sales," including OEMs | Not discussed | Licensee shall provide customer technical support during reasonable normal business hours to be specified by Licensee. | Not discussed | Licensee shall spend a minimum of $10,000 per month on the promotion of Medical Manager. In general, Licensee shall use its "best efforts" to maximize its sales of the Program. | Licensor shall provide one training session to Licensee and additional training sessions upon the delivery of each new version and new product. |
| 53 | Sound Source Interactive, Inc. | Acclaim Distribution, Inc. | Video game and computer software | Manufacture (or arrange for), distribute, or otherwise sub-license software products | Software games designed for personal computers | 6/15/95 5 years | Outside of North America | 50% of net receipts | Licensor will provide warranty service and phone tech support to end-users | Not discussed | Licensor is solely responsible for localizing and translating software products; will provide packaging and manuals at Licensor's actual cost | Licensee | Licensor will correct any software errors at no charge; Licensor will provide phone support |
| 54 | Legend Entertainment Inc. Corp. | Take-Two Interactive Software, Inc. | Software devices embodying Callahan's Cross Time Saloon, a computer video game | Manufacture, sell, distribute, and otherwise exploit video game software | Computer software, the licensor's trademark, designs, graphics, artwork, and other characteristics of the video game | 10/3/96 - 5/10/99 | Worldwide | 25% of sales from CDs; 50% of sales through bundling agreements; 5% of sales for console video game and portable machines; 1% of sales from video arcade machines | Not discussed | Not discussed | Not discussed | Licensee is responsible for marketing and promoting product | Not discussed |
| 55 | Take-Two Interactive Software, Inc. | Acclaim Entertainment, Inc. | Software devices embodying Advanced Dungeons & Dragons Iron & Blood: Ravenloft | Manufacture, sell, distribute, and otherwise exploit video game software | Video game software product, localized versions, documentation, trademarks, designs, graphics, artwork, strategy guides, and clue books | 8/23/1996 3 years | Worldwide except for the United States, Canada, Mexico, and Japan | 21% or sales of Saturn or PC versions, 25% of sales of PSX version in the U.S.; 17% of sales outside the U.S. | Not discussed | Not discussed | Not discussed | Licensee will develop marketing and promotional material but approved by Licensor | Not discussed |
| 56 | Mindscape, Inc. | New World Interactive, Inc. | Software code, instruction/user manuals, packaging copy and artwork, diskette labels and promotional materials. | Exclusive right to use, translate and prepare derivative works and non-exclusive rights to related materials | Software code, documentation, trademarks (non-exclusive) and copyrights. | 8/28/96 - 12/30/98 | Mexico, Central America and South America | Advance of $215K, greater of $5.00 per unit or 20% of gross revenues for fully localized versions; greater of $5.00 per program or 30% of gross revenues for partially localized versions | Not discussed | Not discussed | Not discussed | Licensee will be responsible for promoting software products | Licensor shall provide reasonable telephone technical assistance regarding the use, operation, and translation of the programs |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001154
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | SEEC, Inc. | Viasoft, Inc. | COBOL Analyst, add-ons, COBOL dialog options, Bundled COBOL Analyst, any forthcoming COBOL maintenance products | Market, sell, sub-license, and transfer products directly to end-users | Computer programs, documentation, hardware and software security devices or security codes | 11/29/93 5 years | United States, Canada, Germany, Spain, Benelux, and India | 30% sublicense and maintenance fees from end-users or sub distributors | Licensor will be responsible for high impact problems, product errors, low priority product problems, enhancement requests | Licensee will be responsible for critical product problems | Licensor will provide licensee sales and customer training materials, and PC demos | Licensee will develop at its own cost, product documentation, sales, and other collateral materials | Licensor will provide licensee five person-days of on-site telesales support, five person-days of on-site direct sales support, ten person-days of on-site customer support, ten person-days of on-site technical assistance |
| 58 | SEEC, Inc. | ERA Software Systems Private Limited | Data storage, modeling, analysis, and engineering software systems | Market and sub-license to end-users and other sub-licensors | Software systems/products and respective manuals | 3/1/1996 3 years | India | Licensee will pay Licensor 40% of suggested of International list price for first 180 days; 50% thereafter | Not discussed | Licensee is responsible for providing all technical and customer support | Licensor is responsible for marketing products | Licensee will promote/market products | Licensor will provide 3 days of technical support and training for licensee's personnel; licensor will provide telephone support to the licensee's product manager |
| 59 | Planning Sciences International Ltd. | Praetor | Gentium Software user and server sub-licenses | Promote, market, and sub-license software product | Software disks and documentation; trademarks | 3/1/94 2 years | Portugal | 50% of standard list price and 50% of annual recurring support or maintenance fees | Not discussed | Licensee will provide its customers with support and maintenance for the products in accordance with the licensor's directions | Licensor will provide 50 copies of the current marketing material exclusive of carriage costs | Licensee is responsible for marketing and promoting product | Licensor will provide substitute media if products are defective and beyond the repair of the licensee; licensor will also provide one full product training course for appropriate employees of the licensee; licensor will provide ongoing support |
| 60 | Planning Sciences International Ltd. | Yoram Levin - Decision Systems | Gentium Software user and server sub-licenses | Promote, market, and sub-license software product | Software disks and documentation; trademarks | 1/6/95 1 year | Israel | 50% of standard list price and 50% of annual recurring support or maintenance fees | Not discussed | Licensee will provide its customers with support and maintenance for the products in accordance with the licensor's directions | Licensor will provide 50 copies of the current marketing material exclusive of carriage costs | Licensee is responsible for marketing and promoting product | Licensor will provide substitute media if products are defective and beyond the repair of the licensee; licensor will also provide one full product training course for appropriate employees of the licensee; licensor will provide ongoing support |
| 61 | Planning Sciences Plc. | ICL (SA) (PTY) Ltd. | Gentium Software user and server sub-licenses | Promote, market, and sub-license software product | Software disks and documentation; trademarks | 3/1/94 1 year | Southern Africa | 50% of standard list price and 50% of annual recurring support or maintenance fees | Not discussed | Licensee will provide its customers with support and maintenance for the products in accordance with the licensor's directions | Licensor will provide 50 copies of the current marketing material exclusive of carriage costs | Licensee is responsible for marketing and promoting product | Licensor will provide substitute media if products are defective and beyond the repair of the licensee; licensor will also provide one full product training course for appropriate employees of the licensee; licensor will provide ongoing support |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001155
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Planning Sciences International Ltd. | ADEMIS | Gentium Software user and server sub-licenses | Promote, market, and sub-license software product | Software disks and documentation; trademarks | 12/1/94 1 year | France | 50% of standard list price and 50% of annual recurring support or maintenance fees | Not discussed | Licensee will provide its customers with support and maintenance for the products in accordance with the licensor's directions | Licensor will provide 50 copies of the current marketing material exclusive of carriage costs | Licensee is responsible for marketing and promoting product | Licensor will provide substitute media if products are defective and beyond the repair of the licensee; licensor will also provide one full product training course for appropriate employees of the licensee; licensor will provide ongoing support |
| 63 | Planning Sciences International Ltd. | International Compouters Limited | Gentium Software user and server sub-licenses | Promote, market, and sub-license software product | Software disks and documentation; trademarks | 2/1/94 2 years | Czech & Slovak Republic, Poland | 50% of standard list price and 7.5% of annual recurring support or maintenance fees | Not discussed | Licensee will provide its customers with product support | Licensor will provide 50 copies of the current marketing material exclusive of carriage costs | Licensee is responsible for marketing and promoting product | Licensor will provide licensee education and training at no charge; licensor will also provide licensee on-site support for the product list price less 10% plus expenses |
| 64 | Midisoft Corporation | CPS Computer Distribution GmbH | Midisoft Studio for Windows 3.0, Midisoft Studio | Resell as an independent distributor | Software product | | Germany, Austria, Switzerland | $100 per unit of German version, 45% royalty for English version | Not discussed | Not discussed | Not discussed | Not discussed | Not discussed |
| 65 | Midisoft Corporation | Ingrain Micro Inc. | Midisoft Studio for Windows 3.0, Studio for Windows with MIDI Interface, Multimedia products, various other products | Sell and distribute | Various software products | 7/14/92 | Nonexclusive worldwide | 40% to 50%, depending on product | Not discussed | Ingrain will provide product technical assistance to its customers | Not discussed | Ingrain will advertise and/or promote the products; Midisoft will allow up to 5% of invoice amounts for advertising costs | Midisoft will provide support and training in sale and use of products to Ingrain's employees and customers, if requested |
| 66 | Midisoft Corporation | Merisel Inc. | Midisoft Studio for Windows 3.0, Studio for Windows with MIDI Interface, Multimedia products, various other products | non-exclusive distribution rights | Software products, trademarks, trade names | 8/26/91 | Nonexclusive worldwide | 40% to 50%, depending on product | Not discussed | Not discussed | Not discussed | Licensee will advertise and/or promote the products; Midisoft will allow up to 5% of invoice amounts for advertising costs | Licensor will provide Licensee technical support and three sets of product documentation |
| 67 | InTEXT Systems | PaperClip Software | Software Object codes | Worldwide, nonexclusive license to use, copy, reproduce, translate, and distribute and market binary copies of technology integrated into the Product | Object code | 6/30/1996 one year | Worldwide | 60% of List Price | Not discussed | Licensee will provide end-user support. Licensee may charge an end-user support fee at its sole discretion | Not discussed | Licensee will promote and market the products; Licensee will submit to Licensor marketing and support plans | Licensor will provide paid training and support |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001156
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services By Licensor | End-User Support Services By Licensee | Marketing/Promotion By Licensor | Marketing/Promotion By Licensee | Training/Internal Support By Licensor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | A.D.A.M. Software Inc. | Mindscape Inc. | interactive entertainment software products | Exclusive distribution and marketing software products through retail and OEM licensing, retail direct marketing, except healthcare market | A.D.A.M. The Inside Story 1997 Edition, Nine Month Miracle, Life's Greatest Mysteries, Medical Housecall, Pediatric Housecall, Medical Housecall, ATIS | initial term: 3/1/97 and expires 12/31/98; if minimum royalties are met, renewal for a period of two years | Worldwide | Recoupable advance of $275,000, 20% to 23%, depending on product, with an increase to 25% after $1 million in gross sales; 25% on sales to OEMs | Not discussed | Licensee shall be solely responsible for providing technical support for all end-users | Licensor will provide Licensee with reasonable cooperation and support in marketing and efforts | Licensee will use reasonable efforts to promote and market the products; Licensee will submit sales plans to Licensor | Licensor will provide Licensee with reasonable technical support and assistance throughout the term of this agreement |
| 69 | Accolade, Inc. | New World Interactive | interactive entertainment software products | Localize, manufacture, promote, market, and distribute products in Latin America | Eradicator, Test Drive Off Road | Two years effective 2/28/1997; automatic renewal for two two year periods | Latin America (Mexico, Central America, South America, and the Caribbean) | $10.00 per unit of Eradicator; 33% of wholesale revenue for all other titles; Advances of $100,000 for each title | Not discussed | Licensee will provide service and support for all localized products | Not discussed | Licensee is responsible for advertising and marketing products | Not discussed |
| 70 | Interplay Productions | New World Interactive | software codes | Market, distribute, license, maintain, localize, and support products | M.A.X., Starfleet Academy, MDK | 3/12/97 | Mexico, South America | Advance of $255,000 recoupable against future royalties; greater of 35% or $8.00 for partially localized version; greater of 25% or $8.00 for first 10,000 units of fully localized versions and 35% thereafter | Not discussed | Not discussed | Licensor will provide reasonable marketing support including press releases, magazine advertisements, and reviews | Licensee shall submit to Licensor quarterly marketing packages | Not discussed |
| 71 | Filenet Corp. | Novell, Inc. | Ensemble and Visual Workflo | nonexclusive and non transferable rights to use, reproduce, and distribute products | workflow software programs | 5/16/99; in perpetuity | Worldwide | 2 to 5 percent of the suggested list price; or 50 percent of the minimum royalty amount of $1 million | Not discussed | Licensee will provide all support, training, and education for the products | Not discussed | Licensor's marketing group will be responsible for and manage marketing efforts for the products | Licensor will provide engineering support to cure defects |
| 72 | Broderbund Software, Inc. | New World Interactive, Inc. | Logical Journey of the Zoombinis; Math Workshop; Where in the World is Carmen San Diego? | exclusive rights to localize, manufacture, and distribute the products | CD-ROM software programs | 12/19/96; two years | | 20 to 30 percent for retail royalty, depending on product line; 40 percent of net revenue for OEM | Not discussed | Licensee will provide warranty and technical support services for its customers | Not discussed | Licensee will actively market and promote the products | Not discussed |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001157
Confidential Treatment Requested by Ernst & Young LLP

Microsoft Corporation - Eastern Silo
Attachment Two
Comparable Software Manufacture and Distribution Agreements (Third-Party)

| # | Licensor | Licensee | Product | Activity | Items Licensed | Date/Term | Territory | Royalty or Payment | End-User Support Services | | Marketing/Promotion | | Training/Internal Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | By Licensor | By Licensee | By Licensor | By Licensee | By Licensor |
| 73 | The Software Toolworks, Inc. | New World Interactive, Inc. | Dragon Lore | exclusive license to use, translate, and prepare derivative works of the program | CD-ROM software programs | 9/30/94; two years | Mexico, Central America and South America | 20% of gross revenue from the product | Not discussed | Not discussed | Not discussed | Licensee will actively market and promote the publishing and licensing of the | Not discussed |
| 74 | Ringling Multimedia | New World Interactive, Inc. | "Let's Pretend - Space is Our Playground" | exclusive license to translate or localize and distribute the product in Spanish or Portuguese | software program | 4/19/96; three years | geographical areas viable for sales of products in Spanish and Portuguese | 20% of the invoice price actually collected for all retail and OEM units of the product | Not discussed | Not discussed | Not discussed | Licensee will market the product | Not discussed |
| 75 | Ringling Multimedia | New World Interactive, Inc. | "Let's Pretend, Volume III - Many Lands, Many Playgrounds" | exclusive license to translate or localize and distribute the product in Spanish or Portuguese | software program | 9/10/1999; three years | geographical areas viable for sales of products in Spanish and Portuguese | 20% of the invoice price actually collected for all retail and OEM units of the product | Not discussed | Not discussed | Not discussed | Licensee will market the product | Not discussed |

CALCULATION OF ARM'S-LENGTH RANGE OF ROYALTIES

| | |
|---|---|
| Minimum | 1.00% |
| First Quartile | 20.00% |
| Average | 32.22% |
| Median | 25.00% |
| Third Quartile | 50.00% |
| Maximum | 60.00% |

Privileged and Confidential
Taxpayer-Federally Authorized Tax Practitioner Communication

EY-MC-WP-APAC-001158
Confidential Treatment Requested by Ernst & Young LLP