| | |
|---|---|
| **From:** | George, Gregory L |
| **Sent:** | Wednesday, March 30, 2005 9:24 PM |
| **To:** | Weaver, Brett A |
| **Cc:** | Corwin, Manal S; Boykin, Richard A; Burt, Brian; Bates, Stephen R. A |
| **Subject:** | RE: MS Prep Materials |
| **Attachments:** | Early Adoption and Continued 936 final.PPT |

It appears I sent to wrong version earlier. Attached is the version we presented at MS. Includes 936 discussion.

```
> -----Original Message-----
>From:  Weaver, Brett A
>Sent:  Wednesday, March 30, 2005 11:32 AM
>To:    George, Gregory L
>Subject:         RE: MS Prep Materials
>
>Greg,
>
>You have the final version of the slide deck (which is draft) that I've
>attached.  This includes our discussion of using 936.  Can you pls send
>that to me asap?  Thanks
>
> << File: Early Adoptoin & Continued 936.PPT >>
>
>Brett A. Weaver
>KPMG
>International Corporate Services
>Seattle, Washington
>206 913 6697 (office)
>206 913 4444 (fax)
>
>        -----Original Message-----
>        From:   George, Gregory L
>        Sent:   Tuesday, March 29, 2005 3:14 PM
>        To:     Corwin, Manal S; Boykin, Richard A; Burt, Brian; Bates,
>Stephen R. A
>        Cc:     Weaver, Brett A; Welsh, Anne A
>        Subject:MS Prep Materials
>        Importance:     High
>
>        Attached are some materials for your review prior to our meeting with
>MS on Friday.
>
>        << File: PR Cost Sharing 122104 draft.ppt >>  << File:
>Feasibility-Structural Requirements.PPT >>  << File: MS Americas
>Costshare early adoption.ppt >>  << File: MSPR CS Functions Shift
>12.2.04.xls >>  << File: PR Modified Retail MBS flat royalty.xls >>
>
```



```
>       Gregory L. George
>       International Corporate Services
>       Seattle, WA
>       206.913.6556  phone
>       206.913.6735  fax
>       glgeorge@kpmg.com
>
>       Our advice in this communication is limited to the conclusions
>specifically set forth herein and is based on the completeness and
>accuracy of the above-stated facts, assumptions and representations.
>In rendering our advice, we are relying upon relevant authorities that
>are subject to change, sometimes retroactively.  We will not update our
>advice for subsequent changes to authorities or interpretations
>thereof.
>
>
>
```

CONFIDENTIAL

KPMG_MS IRS 0008273



# MS Puerto Rico Restructuring-- "Early Adoption" & Continued Sec. 936 Credit

KPMG Seattle/Washington National Tax
March 10, 2005

TAX

AUDIT ■ TAX ■ ADVISORY

1

CONFIDENTIAL

## Early Adoption Constraints

- **MSPR does not have capacity to manufacture all CDs/DVDs from day one**
- **Third party vendors continue to manufacture related CDs/DVDs during transition phase**
  - Vendors located in the US
  - MS is the principal in current vendor contracts
  - One contract covers both CD/DVD manufacture and FPP packaging
- **Implementation issues**
  - Internal Accounting/SAP
  - Assignment of contracts
  - Other



2

## Early Adoption Strategies

- **Phase-in** - MSPR buys into existing tech intangibles for America's Retail but chooses only to exploit rights for what they currently manufacture
- **Contract Manufacturing** - MSPR buys into existing tech intangibles for America's Retail and will exploit all rights through manufacturing and contract manufacturing with third party vendors
- **Multiple CSA's** – MSPR buys into tech intangibles only related to the products they manufacture today



3

CONFIDENTIAL
KPMG_MS IRS 0008276

## Early Adoption Tax Issues

- **The following tax issues need to be considered to determine the optimal adoption strategy**
  - Subpart F – Manufacturing Exception
  - ECI
  - Transfer Pricing
  - US Withholding Tax



4

## Phase-In Approach

- **Subpart F – Manufacturing Exception**
    - MSPR only takes benefit on product it manufactures
- **ECI**
    - MSPR has no trade or business in the US
- **Transfer Pricing**
- **Withholding Tax**



5

## Contract Manufacturing Approach

- **Subpart F – Manufacturing Exception**
  - MSPR only takes benefit on product it manufactures
- **ECI**
  - MSPR most likely has a trade or business in the US
- **Transfer Pricing**
  - No additional Transfer Pricing Issues
- **Withholding Tax**
  - Cannot license back to the US without WHT Issues

KPMG

6

## Multiple CSA's

- **Subpart F – Manufacturing Exception**
  - MSPR only takes benefit on product it manufactures
- **ECI**
  - No USTOB Issues
- **Transfer Pricing**
  - How do you carve up intangibles for what MSPR currently manufactures?
- **Withholding Tax**
  - No WHT Issues



7

CONFIDENTIAL

KPMG_MS IRS 0008280

## Sec 936 Overview

- **Exploring the possibility continuing to take Sec. 936 credit benefit throughout FY2006 while implementing a Puerto Rican-based cost-sharing arrangement in FY2005**
- **Two possible alternatives:**
  - MSPR continues as the manufacturer of CD/DVDs
    - Take advantage of the Profit-Split Method in computing the credit (subject to the Sec. 936(j) cap)
    - CTI would be reduced by COGS paid to MSPR Newco
  - MSPR acts as a contract manufacturer for MSPR Newco
    - Use of Sec. 482 method (likely a "cost-plus" approach)



## Review of Sec. 936 Operating Rules

### A corporation qualifying for the Sec. 936 credit
- Incorporated in the United States
- 75% of gross income from active PR trade or business
- 80% of gross income from PR sources
- Be an Existing Credit Claimant ("ECC")

### Determining the income of the corporation
- General rule—Sec. 482 method
- Cost-sharing method
- Profit-split method



9

CONFIDENTIAL

KPMG_MS IRS 0008282

Case 2:15-cv-00102-RSM   Document 146-58   Filed 10/12/16   Page 12 of 20

## 75% Active Business Requirement

- **75% or more of gross income from an active trade or business in PR**
  - Satisfied for the three-year period preceding the current year
  - Factual determination
    - TAM 9633003—Failed test due to limited presence in the possession and extensive use of outsourcing PR activities
    - Medchem v. Commr.; 16 TC 25 (2001)
- **Expectation that requirement would be satisfied whether or not MSPR structured as a contract manufacterer**



10

12
CONFIDENTIAL
KPMG_MS IRS 0008283

## 80% Gross Income Requirement

- **80% or more of gross income from PR sources**
  - Satisfied for the three-year period preceding the current year
  - MSPR as a full manufacturer
    - Gross receipts less COGS
    - Other income
  - MSPR as a contract manufacturer
    - Gross service revenue without reduction for production expenses
- **Expectation that requirement would be satisfied whether or not MSPR structured as a contract manufacturer**

11

CONFIDENTIAL                                                                                    KPMG_MS IRS 0008284

## Existing Credit Claimant

- **A domestic corporation**
- **Engaged in an active TorB within a possession on October 13, 1995**
- **Made a Sec. 936 election**
- **Has not added a "substantial new line of business" after October 13, 1995**
  - Consider safe harbors
- **"ECC" status is expected whether or not MSPR is structured as a contract manufacturer**



12

CONFIDENTIAL
KPMG_MS IRS 0008285

## Transfer Pricing—Sec. 482 Method

- MSPR is not allowed a return on intangible property
- Presumably a "cost-plus" return would be appropriate

- The impact of structuring MSPR as a contract manufacturer is expected to be minimal

KPMG

13

CONFIDENTIAL

KPMG_MS IRS 0008286

## Transfer Pricing—Profit Split Method

- **Assume continued us of "component product" definition**
- **Must satisfy both the Significant Business Presence Test and Manufacturing Test**
- **Significant Business Presence Test (assuming "65% direct labor test")**
  - At least 65% of direct labor costs of the product incurred in Puerto Rico
  - Look to affiliated group's costs for similar "types of services" as provided by MSPR (if acting as a contract manufacturer)
  - It is expected that this test would be satisfied whether or not MSPR structured as a contract manufacturer



14

CONFIDENTIAL

KPMG_MS IRS 0008287

## Transfer Pricing—Profit Split Method (Cont.)

- **Manufacturing Test—MSPR must "manufacture" the product within Puerto Rico within the meaning of Reg. 1.954-3(a)(4)**
    - Substantial transformation
    - Substantial operations generally considered to be "manufacturing"
    - 20% direct conversion costs
- **"Covered Sales" should include sales to PRNewCo and sales of product purchased from PRNewCo**
- **Query whether MSPR may satisfy this test if structured as a contract manufacturer**



15



CONFIDENTIAL

18
KPMG_MS IRS 0008289



