1

2

3

4

5

6

HONORABLE RICARDO S. MARTINEZ

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,                    Case No.  2:15-cv-00102 RSM

10                          Petitioner,          **STIPULATION
                                                 AND [PROPOSED] ORDER**
11          v.

12   MICROSOFT CORPORATION, et al.,              **(CLERK'S ACTION REQUIRED)**

13                          Respondents.

14

15

16          Respondent Microsoft Corporation ("Microsoft") and Petitioner United States of America

17   ("United States"), through their respective undersigned counsel of record, and pursuant to Local

18   Rules 7(d)(1) and 10(g), respectfully stipulate and seek an order from the Court as follows:

19          1.      On January 17, 2020, the Court issued an Order (Dkt. No. 187) ruling on certain

20   documents submitted by Microsoft for *in camera* review (the "January 17, 2020 Order").

21          2.      The January 17, 2020 Order directs Microsoft to "provide the documents still in

22   dispute in accordance with the Court's Order within seven (7) days[,]" which date is January 24,

23   2020 (the "Production Date").

24          3.      To allow Microsoft time to evaluate its procedural options, Microsoft and the

25   United States respectfully request that the Production Date in the January 17, 2020 Order be

STIPULATION AND [PROPOSED] ORDER - 1
(Case No.  2:15-cv-00102 RSM)

1  changed to February 7, 2020—an additional 14 days—for Microsoft to comply with the Order or

2  file a motion for stay pending appeal.

3      4.    Should Microsoft file a motion for stay pending appeal, then Microsoft will,

4  pursuant to Local Rule 7(d)(3), note its motion for consideration on (but not before) February 21,

5  2020, or as soon thereafter as permitted by the Local Rules and the Court.

6      **IT IS SO STIPULATED.**

7

8    DATED:  January 23, 2020        CALFO EAKES & OSTROVSKY LLP

9

                By: _s/ Andrea Delgadillo Ostrovsky_
10                    Patty A. Eakes, WSBA #18888
                  Andrea Delgadillo Ostrovsky, WSBA #37749
11                    1301 Second Avenue, Suite 2800
                  Seattle, WA  98101
12                    Tel:  (206) 407-2211
                  Fax:  (206) 407-2224
13                    Email:  pattye@calfoeakes.com
                  Email:  andreao@calfoeakes.com

14                  BAKER & McKENZIE LLP

15

16                  By: _s/ Daniel A. Rosen_
                  Daniel A. Rosen, NYBA #2790442
17                    _Pro Hac Vice_
                  452 Fifth Avenue
18                    New York, NY  10018
                  Phone:  (212) 626-4272
19                    Phone:  (212) 626-4272
                  Email:  daniel.rosen@bakermckenzie.com
20                  **_Attorneys for Respondent Microsoft Corporation_**

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER - 2
(Case No.  2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s Noreene Stehlik*
*/s James E. Weaver*
*/s Jeremy Hendon*
*/s Amy Matchison*
NOREENE STEHLIK
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
JEREMY HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
        James.E.Weaver@usdoj.gov
        Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.TaxCivil@usdoj.gov
Telephone:     (202) 514-6489
               (202) 353-2466
               (202) 307-6422

BRIAN T. MORAN
United States Attorney
Western District of Washington

***Attorneys for the United States of America***

STIPULATION AND [PROPOSED] ORDER - 3
(Case No.  2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2   DATED this ___ day of _____, 2020.

3

4                                    By:

5                                          _____

6                                          HONORABLE RICARDO S. MARTINEZ
                                           CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER - 4
(Case No.  2:15-cv-00102 RSM)