IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Petitioner,

     v.

MICROSOFT CORPORATION, et al.,

               Respondents.

Case No.  2:15-cv-00102 RSM

**STIPULATION
AND ORDER**

Respondent Microsoft Corporation ("Microsoft") and Petitioner United States of America ("United States"), through their respective undersigned counsel of record, and pursuant to Local Rules 7(d)(1) and 10(g), respectfully stipulate and seek an order from the Court as follows:

1.      On January 17, 2020, the Court issued an Order (Dkt. No. 187) ruling on certain documents submitted by Microsoft for *in camera* review (the "January 17, 2020 Order").

2.      The January 17, 2020 Order directs Microsoft to "provide the documents still in dispute in accordance with the Court's Order within seven (7) days[,]" which date is January 24, 2020 (the "Production Date").

3.      To allow Microsoft time to evaluate its procedural options, Microsoft and the United States respectfully request that the Production Date in the January 17, 2020 Order be

STIPULATION AND ORDER - 1
(Case No.  2:15-cv-00102 RSM)

changed to February 7, 2020—an additional 14 days—for Microsoft to comply with the Order or file a motion for stay pending appeal.

    4. Should Microsoft file a motion for stay pending appeal, then Microsoft will, pursuant to Local Rule 7(d)(3), note its motion for consideration on (but not before) February 21, 2020, or as soon thereafter as permitted by the Local Rules and the Court.

**IT IS SO STIPULATED.**

DATED: January 23, 2020          CALFO EAKES & OSTROVSKY LLP

By: *s/ Andrea Delgadillo Ostrovsky*
    Patty A. Eakes, WSBA #18888
    Andrea Delgadillo Ostrovsky, WSBA #37749
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Tel: (206) 407-2211
    Fax: (206) 407-2224
    Email: pattye@calfoeakes.com
    Email: andreao@calfoeakes.com

BAKER & McKENZIE LLP

By: *s/ Daniel A. Rosen*
    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*
    452 Fifth Avenue
    New York, NY 10018
    Phone: (212) 626-4272
    Phone: (212) 626-4272
    Email: daniel.rosen@bakermckenzie.com

***Attorneys for Respondent Microsoft Corporation***

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s Noreene Stehlik*
*/s James E. Weaver*
*/s Jeremy Hendon*
*/s Amy Matchison*
NOREENE STEHLIK
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
JEREMY HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
        James.E.Weaver@usdoj.gov
        Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.TaxCivil@usdoj.gov
Telephone:    (202) 514-6489
              (202) 353-2466
              (202) 307-6422

BRIAN T. MORAN
United States Attorney
Western District of Washington

***Attorneys for the United States of America***

PURSUANT TO STIPULATION, IT IS SO ORDERED this 24th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 3
(Case No.  2:15-cv-00102 RSM)