HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Respondents. | Case No. 2:15-cv-00102 RSM<br><br>**STIPULATION**<br>**AND [PROPOSED] ORDER**<br><br>**(CLERK'S ACTION REQUIRED)** |

Respondent Microsoft Corporation ("Microsoft") and Petitioner United States of America ("United States"), through their respective undersigned counsel of record, and pursuant to Local Rules 7(d)(1) and 10(g), respectfully stipulate and seek an order from the Court as follows:

1. On January 17, 2020, the Court issued an Order (Dkt. No. 187) ruling on certain documents submitted by Microsoft for *in camera* review (the "January 17, 2020 Order").

2. The January 17, 2020 Order directed Microsoft to "provide the documents still in dispute in accordance with the Court's Order within seven (7) days[,]" which date is January 24, 2020 (the "Production Date").

3. On January 23, 2020, the parties filed a stipulation and proposed order (Dkt. No. 188) requesting that the Production Date in the January 17, 2020 Order be changed to February 7,

STIPULATION AND [PROPOSED] ORDER - 1
(Case No. 2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

2020—an additional 14 days—for Microsoft to comply with the Order or file a motion for stay pending appeal.

4. On January 24, 2020, the Court granted the parties' stipulation (Dkt. No. 189)

5. To allow Microsoft further time to evaluate its procedural options, Microsoft and the United States respectfully request that the Production Date be changed to February 14, 2020—an additional 7 days—for Microsoft to comply with the Order or file a motion for stay pending appeal.

**IT IS SO STIPULATED.**

DATED:  February 7, 2020    CALFO EAKES & OSTROVSKY LLP

By:  *s/Patty A. Eakes*
Patricia A. Eakes, WSBA #18888
Andrea Delgadillo Ostrovsky, WSBA #37749
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Tel:  (206) 407-2211
Fax:  (206) 407-2224
Email:  pattye@calfoeakes.com
Email:  andreao@calfoeakes.com

BAKER & McKENZIE LLP

By:  *s/Daniel A. Rosen*
Daniel A. Rosen, NYBA #2790442
*Pro Hac Vice*
452 Fifth Avenue
New York, NY  10018
Phone:  (212) 626-4272
Phone:  (212) 626-4272
Email:  daniel.rosen@bakermckenzie.com

***Attorneys for Respondent Microsoft Corporation***

STIPULATION AND [PROPOSED] ORDER - 2
(Case No.  2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  |                                                                                           |
| 2  | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General                       |
| 3  | *s/Noreene Stehlik*<br>*s/James E. Weaver*                                                |
| 4  | *s/Jeremy Hendon*<br>*s/Amy Matchison*                                                    |
| 5  | NOREENE STEHLIK<br>JAMES E. WEAVER                                                        |
| 6  | Senior Litigation Counsel, Tax Division<br>JEREMY HENDON                                  |
| 7  | AMY MATCHISON                                                                             |
| 8  | Trial Attorneys, Tax Division<br>U.S. Department of Justice                               |
| 9  | P.O. Box 683, Ben Franklin Station<br>Washington, DC 20044-0683                           |
| 10 | Email:  Noreene.C.Stehlik@usdoj.gov                                                       |
| 11 |         James.E.Weaver@usdoj.gov<br>        Jeremy.Hendon@usdoj.gov                       |
| 12 |         Amy.T.Matchison@usdoj.gov<br>        Western.TaxCivil@usdoj.gov                   |
| 13 | Telephone:     (202) 514-6489<br>               (202) 353-2466                            |
| 14 |                (202) 307-6422                                                             |
| 15 | BRIAN T. MORAN                                                                            |
| 16 | United States Attorney<br>Western District of Washington                                  |
| 17 | ***Attorneys for the United States of America***                                          |
| 18 |                                                                                           |
| 19 |                                                                                           |
| 20 |                                                                                           |
| 21 |                                                                                           |
| 22 |                                                                                           |
| 23 |                                                                                           |
| 24 |                                                                                           |
| 25 |                                                                                           |

STIPULATION AND [PROPOSED] ORDER - 3
(Case No.  2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2   DATED this ___ day of _____, 2020.

3

4                              By:

5                                   _____
                                    HONORABLE RICARDO S. MARTINEZ
6                                   CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER - 4
(Case No.  2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224