IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Respondents. | Case No. 2:15-cv-00102 RSM<br><br>**STIPULATION AND ORDER** |

Respondent Microsoft Corporation ("Microsoft") and Petitioner United States of America ("United States"), through their respective undersigned counsel of record, and pursuant to Local Rules 7(d)(1) and 10(g), respectfully stipulate and seek an order from the Court as follows:

1. On January 17, 2020, the Court issued an Order (Dkt. No. 187) ruling on certain documents submitted by Microsoft for *in camera* review (the "January 17, 2020 Order").

2. The January 17, 2020 Order directed Microsoft to "provide the documents still in dispute in accordance with the Court's Order within seven (7) days[,]" which date is January 24, 2020 (the "Production Date").

3. On January 23, 2020, the parties filed a stipulation and proposed order (Dkt. No. 188) requesting that the Production Date in the January 17, 2020 Order be changed to February 7,

STIPULATION AND ORDER - 1
(Case No. 2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  2020—an additional 14 days—for Microsoft to comply with the Order or file a motion for stay
2  pending appeal.
3     4.    On January 24, 2020, the Court granted the parties' stipulation (Dkt. No. 189)
4     5.    To allow Microsoft further time to evaluate its procedural options, Microsoft and
5  the United States respectfully request that the Production Date be changed to February 14, 2020—
6  an additional 7 days—for Microsoft to comply with the Order or file a motion for stay pending
7  appeal.
8      **IT IS SO STIPULATED.**
9
10 DATED:  February 7, 2020    CALFO EAKES & OSTROVSKY LLP

By: *s/Patty A. Eakes*
Patricia A. Eakes, WSBA #18888
Andrea Delgadillo Ostrovsky, WSBA #37749
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: (206) 407-2211
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
Email: andreao@calfoeakes.com

BAKER & McKENZIE LLP

By: *s/Daniel A. Rosen*
Daniel A. Rosen, NYBA #2790442
*Pro Hac Vice*
452 Fifth Avenue
New York, NY 10018
Phone: (212) 626-4272
Phone: (212) 626-4272
Email: daniel.rosen@bakermckenzie.com

***Attorneys for Respondent Microsoft Corporation***

STIPULATION AND ORDER - 2
(Case No. 2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

```
                                    RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General

                                    s/Noreene Stehlik
                                    s/James E. Weaver
                                    s/Jeremy Hendon
                                    s/Amy Matchison
                                    NOREENE STEHLIK
                                    JAMES E. WEAVER
                                    Senior Litigation Counsel, Tax Division
                                    JEREMY HENDON
                                    AMY MATCHISON
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 683, Ben Franklin Station
                                    Washington, DC 20044-0683
                                    Email:  Noreene.C.Stehlik@usdoj.gov
                                            James.E.Weaver@usdoj.gov
                                            Jeremy.Hendon@usdoj.gov
                                            Amy.T.Matchison@usdoj.gov
                                            Western.TaxCivil@usdoj.gov
                                    Telephone:    (202) 514-6489
                                                  (202) 353-2466
                                                  (202) 307-6422

                                    BRIAN T. MORAN
                                    United States Attorney
                                    Western District of Washington

                                    Attorneys for the United States of America
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 7th day of February 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 3
(Case No. 2:15-cv-00102 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224